IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

                                                                CERTIFICATE OF MERIT
                                                                PURSUANT TO CPLR 3012-b

      v.                                                          Civil No.:
                                                                Mortgaged Premises:
Angelica L. Parks,                                        2864 East Lake Rd.
New York State Affordable Housing Corporation,   Dunkirk, NY 14048
Chautauqua Opportunities, Inc.,
John Doe, Mary Roe and XYZ Corporation


                                       Defendant(s)

---

Robert J. Kalb, Esq., pursuant to CPLR §3012-b and under the penalties of perjury, affirms as follows:

    1. I am an attorney at law duly licensed to practice in the State of New York, and am affiliated with the law firm of Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C., attorney for plaintiff in this foreclosure action.

    2. This residential foreclosure action involves a home loan, as such term is defined in Real Property Actions and Proceedings Law § 1304. Upon information and belief, defendant is a resident of the property subject to foreclosure.

    3. I have reviewed the facts of this case and reviewed pertinent documents, including the mortgage, security agreement and note or bond underlying the mortgage executed by defendant, all instruments of assignment (if any), and all other instruments of indebtedness including any modification, extension, and consolidation.

    4. I have consulted about the facts of this case with the following representatives of plaintiff:

        Carla Reese                             Single Family Housing Specialist

5. Upon this review and consultation, to the best of my knowledge, information, and belief, I certify that there is a reasonable basis for the commencement of this action, and that plaintiff is the creditor entitled to enforce rights under these documents.

6. Listed in Exhibit A and attached hereto are copies of the following documents not otherwise included as attachments to the summons and complaint: the mortgage, security agreement and note or bond underlying the mortgage executed by the defendant; all instruments of assignment (if any); and any other instrument of indebtedness, including any modification, extension, and consolidation. (Check box if no documents are attached in Exhibit A: ☒).

7. Listed in Exhibit B and attached hereto are supplemental affidavits attesting that certain documents as described in paragraph 6 *supra* are lost, whether by destruction, theft, or otherwise. (Check box if no documents are attached in Exhibit B: ☒.).

8. I am aware of my obligations under New York Rules of Professional Conduct (22 NYCRR Part 1200) and 22 NYCRR Part 130.

Dated:   11-30-17

_____
Robert J. Kalb, Esquire
FORSYTH, HOWE, O'DWYER, KALB & MURPHY, P.C.
Attorneys for Plaintiff
One South Clinton Avenue, Suite 1000
Rochester, New York 14604
(585) 325-7515