AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| United States of America <br><br> *Plaintiff(s)* <br> v. <br> Angelica L. Parks, New York State Affordable Housing Corporation, Chautauqua Opportunities, Inc., John Doe, Mary Roe and XYZ Corporation <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:17-cv-1262 V |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Angelica L. Parks
2864 East Lake Rd.
Dunkirk, NY 14048

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert J. Kalb, Esq.
Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C.
One S. Clinton Ave., Suite 1000
Rochester, NY 14604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/6/2017                                      *Mary C. Loewenguth*
                                                     *Signature of Clerk or Deputy Clerk*

## NOTICE

**YOU ARE IN DANGER OF LOSING YOUR HOME**

If you do not respond to this summons and complaint by serving a copy of the answer on the attorney for the mortgage company who filed this foreclosure proceeding against you and filing the answer with the court, a default judgment may be entered and you can lose your home.

Speak to an attorney or go to the court where your case is pending for further information on how to answer the summons and protect your property.

Sending a payment to your mortgage company will not stop this foreclosure action.

**YOU MUST RESPOND BY SERVING A COPY OF THE ANSWER ON THE ATTORNEY FOR THE PLAINTIFF (MORTGAGE COMPANY) AND FILING THE ANSWER WITH THE COURT**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| United States of America | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:17-cv-1262 V |
| Angelica L. Parks, New York State Affordable Housing Corporation, Chautauqua Opportunities, Inc., John Doe, Mary Roe and XYZ Corporation | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* New York State Affordable Housing Corporation
641 Lexington Ave.
ACH ID #1K99
New York, NY 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert J. Kalb, Esq.
Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C.
One S. Clinton Ave., Suite 1000
Rochester, NY 14604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/6/2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| United States of America <br><br> *Plaintiff(s)* <br> v. <br> Angelica L. Parks, New York State Affordable Housing Corporation, Chautauqua Opportunities, Inc., John Doe, Mary Roe and XYZ Corporation <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:17-cv-1262 V |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Chautauqua Opportunities, Inc.
17 W. Courtney St.
Dunkirk, NY 14048

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert J. Kalb, Esq.
Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C.
One S. Clinton Ave., Suite 1000
Rochester, NY 14604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/6/2017   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| United States of America<br><br>*Plaintiff(s)*<br>v.<br>Angelica L. Parks, New York State Affordable Housing Corporation, Chautauqua Opportunities, Inc., John Doe, Mary Roe and XYZ Corporation<br><br>*Defendant(s)* | Civil Action No. 1:17-cv-1262 V |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  John Doe
2864 East Lake Rd.
Dunkirk, NY 14048

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert J. Kalb, Esq.
Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C.
One S. Clinton Ave., Suite 1000
Rochester, NY 14604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/6/2017     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| United States of America<br><br>*Plaintiff(s)*<br>v.<br>Angelica L. Parks, New York State Affordable Housing Corporation, Chautauqua Opportunities, Inc., John Doe, Mary Roe and XYZ Corporation<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:17-cv-1262 V<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Mary Roe
2864 East Lake Rd.
Dunkirk, NY 14048

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert J. Kalb, Esq.
Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C.
One S. Clinton Ave., Suite 1000
Rochester, NY 14604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  12/6/2017       /s/ Mary C. Loewenguth
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| United States of America <br><br> *Plaintiff(s)* <br> v. <br> Angelica L. Parks, New York State Affordable Housing Corporation, Chautauqua Opportunities, Inc., John Doe, Mary Roe and XYZ Corporation <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 1:17-cv-1262 V ) ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  XYZ Corporation
2864 East Lake Rd.
Dunkirk, NY 14048

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert J. Kalb, Esq.
Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C.
One S. Clinton Ave., Suite 1000
Rochester, NY 14604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/6/2017    *Signature of Clerk or Deputy Clerk*