UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

    v.                                                          17-CV-1262

NEW YORK STATE AFFORDABLE HOUSING CORPORATION,
CHAUTAUQUA OPPORTUNITIES, INC.,

                Defendants.
_____

## **CLERK'S ENTRY OF DEFAULT**

    It appearing that Defendants

New York State Affordable Housing Corporation and Chautauqua Opportunities, Inc.

are in Default for failure to appear or otherwise defend as required by law, Default is hereby entered as against said defendants on this day of April 4, 2018.


                                        MARY C. LOEWENGUTH
                                             Clerk of Court
                                        United States District Court


                                        By: s/Kirstie L. Henry
                                            Deputy Clerk