```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,
                Plaintiff

      vs.                                  CV No. 17-CV-1262

Angelica L. Parks, New York State
Affordable Housing Corporation,
Chautauqua Opportunities, Inc.,

JOHN DOE, MARY ROE AND
XYZ CORPORATION,
                Defendants

## NOTICE OF MOTION FOR SUMMARY JUDGMENT, JUDGMENT OF FORECLOSURE AND SALE AND FOR AN ORDER AMENDING THE CAPTION

PLEASE TAKE NOTICE that the United States of America, by Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C., Robert J. Kalb, Esq., will move and does hereby move this Honorable Court, at the U.S. Courthouse, 2 Niagara Square, Buffalo, New York, on a date to be determined by the Court, or as soon thereafter as counsel can be heard, for summary judgment granting the relief sought by Plaintiff in its Complaint and for judgment of foreclosure and sale, pursuant to Rules 55(b) and 56(a) of the Federal Rules of Civil Procedure and pursuant to Article 13 of the Real Property Action and Proceedings Law, adjudging the amount owing to the Plaintiff and secured by the mortgage which is the subject of this action, decreeing the sale by the United States Marshal for the Western District of New York of the mortgaged premises described in the Complaint, directing that

the Plaintiff be paid the amount so adjudged, its costs and disbursements, and the expenses of sale out of the proceeds of such sale; for an order amending the caption, pursuant to Rule 15 of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just.

In support of the present Motion, the United States relies upon the attached Affidavit of Jennifer Jackson, representative of the Plaintiff and the Affidavit of Robert J. Kalb, attorney for the Plaintiff, with exhibits described therein, along with statement of material facts not in dispute and memorandum of law, which are being submitted separately, and upon all the pleadings and proceedings in this action.

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7, the United States may wish to file and serve reply papers, therefore, responding papers must be filed and served at least fourteen (14) days before the return date of the motion.

DATED:   Rochester, New York, May 30, 2018.

S/Robert J. Kalb
_____
FORSYTH, HOWE, O'DWYER,
KALB & MURPHY, P.C.
One South Clinton Ave., Suite 1000
Rochester, NY  14604
(585) 325-7515
Fax:  (585) 325-6287
Email:  kalb@forsythhowe.com