```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,
                Plaintiff

       vs.                            CV No. 17-CV-1262

Angelica L. Parks, New York State
Affordable Housing Corporation,
Chautauqua Opportunities, Inc.,

JOHN DOE, MARY ROE AND
XYZ CORPORATION,
                Defendants

## STATEMENT OF MATERIAL FACTS
## NOT IN DISPUTE UNDER LOCAL RULE 56

Pursuant to Rule 56 of the Local Rules of the United States District Court for the Western District of New York, Plaintiff, the United States of America, by its attorneys, Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C., state that there are no genuine issues to be tried with respect to the following material facts:

*(Unless otherwise specified, the exhibits and the information contained in this statement are contained in the Affidavit of Jennifer Jackson dated April 20, 2018, ("Jackson affidavit") or the Affidavit of Robert J. Kalb dated May 30, 2018 ("Kalb affidavit") filed herewith.)*

| | Undisputed Facts | Evidentiary Support |
|---|---|---|
| 1. | The Defendant, Angelica L. Parks, executed a promissory note to Plaintiff on **March 6,** | Jackson affidavit ¶3 and Exhibit "A" thereto. |

|    | | |
|----|---|---|
|    | **2007** in the amount of $142,030.00 plus interest at 5.75% per annum. | |
| 2. | Defendant executed a mortgage to Plaintiff in the amount of $142,030.00 plus interest to secure said promissory note. Said mortgage was recorded in the Office of the Chautauqua County Clerk on March 6, 2007 in Liber 2948 at Page 975. | Jackson affidavit ¶4 and Exhibit "B" thereto. |
| 3. | Defendant applied for moratorium assistance, but failed to provide the requisite information. | Jackson affidavit ¶5 and Exhibits "C" and "D" thereto. |
| 4. | Defendant's loan was initially accelerated on January 28, 2015, but was subsequently reinstated to allow Debtor to apply for special servicing. | Jackson affidavit ¶ 6. |
| 5. | Defendant has not made a payment since August 1, 2014. | Jackson affidavit ¶ 13 and Exhibit "G" thereto. |
| 6. | Defendant's loan was accelerated a final time on April 27, 2015. | Jackson affidavit ¶7 and Exhibit "E" thereto. |
| 7. | Debtor did not exhaust his administrative remedies in that he failed to appeal the decision to accelerate his loan. | Jackson affidavit ¶8. |
| 8. | Plaintiff sent Defendant the required 90-day 1304 notice pursuant to RPAPL §1304 on January 12, 2017. | Jackson affidavit ¶9 and Exhibit "F" thereto. |
| 9. | Defendant admits that she executed and delivered to Plaintiff a Promissory Note and Mortgage in the amount of $142,030.00, payable in monthly installments at 5.75% interest in order to secure a loan made to her by Plaintiff. | Defendant's Answer, ¶¶ II(A)(1-4). |
| 10. | That pursuant to the records of the Plaintiff, the amount due Plaintiff in connection | Jackson affidavit ¶15 and Exhibit "G" thereto. |

| | with this loan as of April 20, 2018 is $177,628.12 together with interest thereon from April 20, 2018 in the amount of $20.10 per day. | |

WHEREFORE, the Plaintiff respectfully requests that the Court grant the Plaintiff's motion for Summary Judgment and enter a Judgment of Foreclosure and Sale.

Dated:   Rochester, New York   May 30, 2018.

S/Robert J. Kalb
_____
FORSYTH, HOWE, O'DWYER,
KALB & MURPHY, P.C.
One South Clinton Ave., Suite 1000
Rochester, NY  14604
(585) 325-7515
Fax:  (585) 325-6287
Email:  kalb@forsythhowe.com