# Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C.
## Attorneys and Counselors at Law

ONE SOUTH CLINTON AVENUE, SUITE 1000
ROCHESTER, NEW YORK  14604
(585) 325-7515
FAX: (585) 325-6407

November 12, 2018

Ms. Angelica L. Parks
2864 East Lake Road
Dunkirk, NY 14048

Re: United States of America v. Angelica L. Parks, et. al.
    17-CV-01262-JJM

Dear Ms. Parks,

This letter will follow our telephone conversation of November 12, 2018 relative to our mortgage foreclosure case now pending before the Court.  My purpose in contacting you was to discuss the Order of Preliminary Pretrial Conference before Judge McCarthy scheduled for **December 4 at 4pm.  Please note the call in number for this conference call.**  You indicated that you had not received any communication from the Court since you filed your pro se Answer with the Court.  In this regard, I did confirm with you that your address as stated in your Answer was correct.

You asked if I could forward a copy of the materials you should have received from the Court.  I am accordingly enclosing the following items:

1. A copy of the Order of Preliminary Pretrial Conference scheduled for December 4.
2. A copy of the Case Management Order we will need to agree upon prior to the Pretrial Conference.  Please review my proposed Order and if in agreement, please sign call me and let me know if acceptable of if you would like any changes.  **This form needs to be sent to the Court 14 days prior to the conference on December 4th.  If you have any questions or need any changes, please contact me at once.**  I gave you my direct dial number, (585) 324-0604 when we spoke.
3. A copy of the Decision and Order of the Court dated November 5, 2018 along with the decision of Judge McCarthy dated October 4, 2018.

Please contact me if you have any questions.

Sincerely,

Robert J. Kalb, Esq.


CC: Hon. Jeremiah H. McCarthy

**This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.**