# Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C.
## Attorneys and Counselors at Law

ONE SOUTH CLINTON AVENUE, SUITE 1000
ROCHESTER, NEW YORK 14604
(585) 325-7515
FAX: (585) 325-6407

November 16, 2018

**VIA E MAIL: mccarthy@nywd.uscourts.gov**

Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

Re: United States of America v. Angelica L. Parks, et. al.
    17-CV-01262-LJV-JJM

Dear Judge McCarthy,

As you know the defendant, Angelica L. Parks, has filed a pro se answer in this matter. I have sent her the materials provided by the Court relative to the Case Management Order and the other documents filed in this case which she claims not to have received. I have attempted to again confer with her relative to my proposed draft Case Management Order, also sent to her. I have discussed with her participating in the conference on December 4th by telephone. Unfortunately, I have not yet been able to confer with her relative to my draft Order which she should have received by this date. She does have voice mail, but I cannot leave a message since her message box is full.

As you know, we need to submit our proposed Order 14 days prior to the conference. Accordingly, I am filing and providing the Court with my proposed Order previously sent to Ms. Parks. However, I have not yet been able to confer with her relative to the proposed dates contained therein. I will make additional attempts to contact her prior to the conference on December 4th. I assume we can jointly discuss the matter on the 4th if the parties do not resolve the issues prior to that date.

Sincerely,

FORSYTH, HOWE, O'DWYER, KALB & MURPHY, P.C.

Robert J. Kalb, Esq.

CC: Ms. Angelica L. Parks

**This is an attempt to collect a debt. Any information obtained will be uses for that purpose. This communication is from a debt collector.**