UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———————————————————————

UNITED STATES OF AMERICA,                    CV No.: 17-CV-1262

                    Plaintiff,

          -vs-

Angelica L. Parks
New York State Affordable Housing Corporation,
Chautauqua Opportunities, Inc.,
John Doe, Mary Roe and XYZ Corporation

                    Defendant(s).

———————————————————————

                    REQUEST FOR ENTRY OF DEFAULT

          TO:  CLERK, UNITED STATES DISTRICT COURT,
               WESTERN DISTRICT OF NEW YORK

     In Accordance with Rule 55(a) of the Federal Rules of Civil
Procedure, Entry of Default and the issuance of a Certificate of
Entry of Default is hereby requested against the defendants,
John Doe and Mary Roe, in that there has been failure to plead
or otherwise defend as provided by the Federal Rules of Civil
Procedure, as appears from the attached Affirmation of Robert J.
Kalb, Esquire, dated April 5, 2018.

DATED:  Rochester, New York   April 5, 2018

S/Robert J. Kalb
_____
FORSYTH, HOWE, O'DWYER,
KALB & MURPHY, P.C.
One South Clinton Avenue
Suite 1000
Rochester, NY  14604
(585) 325-7515
Fax:  (585) 325-6287
Email:  Kalb@forsythhowe.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                    CV No.: 17-CV-1262

             Plaintiff,

        -vs-

Angelica L. Parks
New York State Affordable Housing Corporation,
Chautauqua Opportunities, Inc.,
John Doe, Mary Roe and XYZ Corporation
             Defendant(s).

---

<u>AFFIRMATION FOR ENTRY OF DEFAULT</u>

STATE OF NEW YORK )
COUNTY OF MONROE  ) SS:
CITY OF ROCHESTER )

    Robert J. Kalb, hereby states under penalty of perjury:

    1.  I am an attorney duly admitted to practice in the Federal Courts of the Western District of the State of New York, and assigned to handle this action on behalf of the Plaintiff, United States of America.  This Affirmation is submitted in support of Plaintiff's request that default be entered against defendant parties pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

    2.  This action was commenced on 12/6/17, by filing a Complaint pursuant to Title 28, United States Code, Section 1345

for the foreclosure of a mortgage on real property owned by the defendants, Angelica L. Parks.

3.  A Summons with a copy of the Complaint, was duly served pursuant to Rule 4(e) of the Federal Rules of Civil Procedure upon each of the named defendants in the original Complaint in this action.

4.  That A.P, Ke.P, ha. P,          were served under the fictitious name "John Doe, Mary Roe " and accordingly, at the judgment stage of our action, we will request that the caption be amended.

5.  As appears by the Affidavits of Service, on file in the Office of the Clerk of this Court, each of the defendants named in the Complaint in this action was duly served with the Summons and Complaint more than twenty days ago.  Upon information and belief, none of the individual defendants are in the military service of the United States of America, as defined in the Soldiers and Sailors Civil Relief Action of 1940, nor are any of the defendants infants or incompetent persons. Copies of the Affidavits of Service are attached hereto as **Exhibit "A"**.

6.  With the exception of Angelica L. Parks, each of the defendants is in default for want of appearance, defense or answer, although the time for each defendants to appear, answer, or otherwise defend in this action has expired.

7.   That defendant, New York State Affordable Housing Corporation has served a Notice of Appearance but have "failed to plead or otherwise defend".  See FRCP Rule 55(a).  As such, Plaintiff is entitled to an entry of default against these defendants.

WHEREFORE, it is hereby requested that the Clerk of this Court enter default against defendants John Doe and Mary Roe, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

Pursuant to Title 28, United States Code, Section 1746, I hereby state under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on April 5, 2018

S/Robert J. Kalb

_____
FORSYTH, HOWE, O'DWYER,
KALB & MURPHY, P.C.
One South Clinton Avenue
Suite 1000
Rochester, NY  14604
(585) 325-7515
Fax:  (585) 325-6287
Email:  Kalb@forsythhowe.com

**EXHIBIT A**

FORSYTH, HOWE, O'DWYER, KALB & MURPHY, P.C. ONE SOUTH CLINTON AVE., SUITE 1000 ROCHESTER, NY 14604

# AFFIDAVIT OF SERVICE

| | |
|---|---|
| | Client's File No.: _____ |
| **UNITED STATES DISTRICT COURT** | Civil Action No.: **17-CV-1262V** |
| **WESTERN DISTRICT OF NEW YORK** | Date Filed: **December 6, 2017** |

*United States of America*

*vs*

Plaintiff(s)/Petitioner(s)

*Angelica L. Parks, et al.*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF CHAUTAUQUA, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: *December 14th 2017* at the following time: *1:10 PM*

at _____ 2864 East Lake Road a/k/a 2864 Lake Shore Drive East, Dunkirk, NY 14048 _____ deponent served the within

Summons in a Civil Action and Complaint-Action to Foreclose a Mortgage with Certificate of Merit Pursuant to CPLR 3012-b, Section 1303 Notice printed on a colored paper that is other than the color of the Summons and Complaint and RPAPL Section 1320 Notice

[X] Papers so served were properly endorsed with the Civil Action No. and date of filing.          [x] Served at principal dwelling place.

**Upon: Angelica L. Parks** _____

| | |
|---|---|
| [X] **Individual** | By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein. |
| [ ] **Responsible Person** | By delivering to and leaving with _____        Relationship _____ <br> a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's <br> [ ] dwelling place    [ ] place of business/employment    [ ] last known address within the State. [ ] usual place of abode |
| [ ] **Mail** | A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _____ |
| [ ] **Corporation LLC / LLP** | By delivering to and leaving with _____ said individual to be <br> who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity. |
| [ ] **Affixing To Door** | By affixing a true copy thereof to the door, being the defendant/respondent's   [ ] dwelling place    [ ] place of business/employment <br> [ ] last known address within the State. [ ] usual place of abode |
| [ ] **Previous Attempts** | Deponent previously attempted to serve the above named defendant/respondent on: <br> 1) _____ at _____    3) _____ at _____    5) _____ at _____ <br> 2) _____ at _____    4) _____ at _____    6) _____ at _____ |
| **Description of Recipient** | Sex: *Female*    Color of skin: *White*    Color of hair: *Brown*    Age: *56*    Height: *5'2"* <br> Weight: *140*    Other Features: _____ |
| [ ] **Witness Fees** | advanced payment was made. |
| [X] **Military Service** | I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service. |
| [ ] **Other** | |

Sworn to before me on *December 15th 2017*

_____
NOTARY PUBLIC
CHERYL A. MEDLEY
NOTARY PUBLIC, STATE OF NEW YORK
CHAUTAUQUA COUNTY #4945684
MY COMMISSION EXPIRES 1/27/2019

_____
PROCESS SERVER - PRINT NAME BELOW SIGNATURE
*RICHARD MAZUREK*
PROCESS SERVER LICENSE # _____

Work Order # **7419014**

PAPER CHASE NY, LLC, 349 W. COMMERCIAL ST., SUITE 2360, EAST ROCHESTER, NY 14445

PZ

*Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C. One South Clinton Ave., Suite 1000 Rochester, NY 14604*

Client's File No.:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Index No.: 17-CV-1262V

United States of America

**AFFIDAVIT OF COMPLIANCE WITH REQUIREMENT OF ADDITIONAL NOTICE OF ACTION PURSUANT TO CPLR §3215 (G) (3) OR (G) (4)**

VS.                                    Plaintiff

Angelica L. Parks, et al.

Defendants

STATE OF NEW YORK)
COUNTY OF MONROE  ) SS.

Doreen Facciponte _____, being duly sworn, deposes and says:

That deponent is not a party to this action, is over 18 years of age and resides in the State

of New York.

That on _____December 15, 2017_____, deponent sent a copy of the summons in the

within action by First Class Mail to <u>Angelica L. Parks</u>, the defendant herein, properly enclosed

in an envelope addressed to said defendant at defendant's

☒ Dwelling Place/Usual place of abode    ☐ Place of Employment    ☐ Last known address

at  2864 East Lake Road  a/k/a 2864 Lake Shore Drive East, Dunkirk, NY 14048

bearing the legend "PERSONAL & CONFIDENTIAL" and not indicating on the outside thereof,

by return address or otherwise, that the communication is from an attorney or concerns an

alleged debt. That deponent deposited said envelope in an official depository under the exclusive

care and custody of the United States Postal Service at  East Rochester, NY 14445          .

Sworn to before me on _____December 15, 2017_____

_____
NOTARY PUBLIC

Doreen Facciponte

SAMANTHA SALVATORE
Notary Public, State of New York
No. 01SA6335557
Qualified in Monroe County
Commission Expires January 19, 2020



*Paper Chase NY, LLC, 349 W. Commercial St., Suite 2360, East Rochester, NY 14445*

PZ

FORSYTH, HOWE, O'DWYER, KALB & MURPHY, P.C. ONE SOUTH CLINTON AVE., SUITE 1000 ROCHESTER, NY 14604

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Client's File No.: _____
Civil Action No.: __17-CV-1262V__
Date Filed: __December 6, 2017__

*United States of America*

vs

*Angelica L. Parks, et al.*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF RICHMOND, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: __12-13-17__, at the following time: __2:03pm__ deponent served the within at __641 Lexington Avenue, New York, NY 10022__

Summons in a Civil Action and Complaint-Action to Foreclose a Mortgage with Certificate of Merit Pursuant to CPLR 3012-b

[X] Papers so served were properly endorsed with the Civil Action No. and date of filing.

Upon: New York State Affordable Housing Corporation

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with _____ , _____ Relationship a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _____

[X] **Corporation LLC / LLP** By delivering to and leaving with __Mary Ann Vitacco__ said individual to be __Para Legal__ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:
1) _____ at _____   3) _____ at _____   5) _____ at _____
2) _____ at _____   4) _____ at _____   6) _____ at _____

**Description of Recipient** Sex: __Female__ Color of skin: __White__ Color of hair: __Black__ Age: __48-62__ Height: __5'1-5'7__
Weight: __235-265 lbs__ Other Features: __glasses__

[ ] **Witness Fees** advanced payment was made.

[ ] **Military Service** I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

[ ] **Other**

Sworn to before me on __12-13-17__

*Jennifer M. Juliano*

JENNIFER M JULIANO
Notary Public, State of New York
No. 01JU6359013
Qualified in Richmond County
Commission Expires May 22, 20__21__

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
__Gregory Naeder__  2032331
PROCESS SERVER LICENSE #

Work Order # __7419016__

*PAPER CHASE NY, LLC, 349 W. COMMERCIAL ST., SUITE 2360, EAST ROCHESTER, NY 14445*

FORSYTH, HOWE, O'DWYER, KALB & MURPHY, P.C. ONE SOUTH CLINTON AVE., SUITE 1000 ROCHESTER, NY 14604

# AFFIDAVIT OF SERVICE

| | |
|---|---|
| Client's File No.: | |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Civil Action No.: | **17-CV-1262V** |
| Date Filed: | **December 6, 2017** |

*United States of America*

*vs*

*Angelica L. Parks, et al.*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF CHAUTAUQUA, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: _December 14th, 2017_ at the following time: _3:20 Pm_, at _____ 17 W. Courtney Street, Dunkirk, NY 14048. _____ deponent served the within **Summons in a Civil Action and Complaint-Action to Foreclose a Mortgage with Certificate of Merit Pursuant to CPLR 3012-b**

[X] Papers so served were properly endorsed with the Civil Action No. and date of filing.

Upon: **Chautauqua Opportunities, Inc.** _____

| | | |
|---|---|---|
| [ ] Individual | By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein. | |
| [ ] Responsible Person | By delivering to and leaving with _____ _____ a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's Relationship [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode | |
| [ ] Mail | A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _____ | |
| [X] Corporation LLC / LLP | By delivering to and leaving with _Roberta Keller_ said individual to be _Chautauqua Opportunities, Inc_ _Executive Director_ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity. | |
| [ ] Affixing To Door | By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode | |
| [ ] Previous Attempts | Deponent previously attempted to serve the above named defendant/respondent on: 1)_____ at _____ 3)_____ at _____ 5)_____ at _____ 2)_____ at _____ 4)_____ at _____ 6)_____ at _____ | |
| Description of Recipient | Sex: _Female_ Color of skin: _White_ Color of hair: _Brown_ Age: _62_ Height: _5'2"_ Weight: _175_ Other Features: _____ | |
| [ ] Witness Fees | advanced payment was made. | |
| [ ] Military Service | I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service. | |
| [ ] Other | | |

Sworn to before me on _December 15th, 2017_

_____
NOTARY PUBLIC
CHERYL A. MEDLEY
NOTARY PUBLIC, STATE OF NEW YORK
CHAUTAUQUA COUNTY #4945654
MY COMMISSION EXPIRES: 1/27/2019

_____
PROCESS SERVER - PRINT NAME BELOW SIGNATURE
_Richard Mazurek_
PROCESS SERVER LICENSE # _____

**Work Order # 7419018**

*PAPER CHASE NY, LLC, 349 W. COMMERCIAL ST., SUITE 2360, EAST ROCHESTER, NY 14445*

*Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C. One South Clinton Ave., Suite 1000 Rochester, NY 14604*

## AFFIDAVIT OF SERVICE

Client's File No.: _____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

Civil Action No.: **17-CV-1262V**

Date Filed: **December 6, 2017**



*United States of America*

*vs*

*Angelica L. Parks, et al.*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF CHAUTAUQUA, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: _December 14th 2017_, at the following time: _1:10 Pm_,
at _____ 2864 East Lake Road  a/k/a 2864 Lake Shore Drive East, Dunkirk, NY 14048 _____ deponent served the within

Summons in a Civil Action and Complaint-Action to Foreclose a Mortgage with Certificate of Merit Pursuant to CPLR 3012-b

[X] Papers so served were properly endorsed with the Civil Action No. and date of filing.

Upon: John Doe a/k/a   _A. P._  _____

- [ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

- [X] **Responsible Person** — By delivering to and leaving with _ANGELICA L. PARKS_ _____ _CO-OCCUPANT_ (Relationship)
  a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
  [X] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

- [X] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _December 15th 2017_.

- [ ] **Corporation LLC / LLP** — By delivering to and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

- [ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's  [ ] dwelling place   [ ] place of business/employment
  [ ] last known address within the State. [ ] usual place of abode

- [ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:
  1) _____ at _____   3) _____ at _____   5) _____ at _____
  2) _____ at _____   4) _____ at _____   6) _____ at _____

**Description of Recipient**  Sex: _Female_   Color of skin: _White_   Color of hair: _Brown_   Age: _56_   Height: _5'2"_
  Weight: _140_   Other Features: _____

- [ ] **Witness Fees** — advanced payment was made.

- [X] **Military Service** — I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

- [ ] **Other**

Sworn to before me on _December 15th 2017_

_____
NOTARY PUBLIC
CHERYL A. MEDLEY
NOTARY PUBLIC, STATE OF NEW YORK
MONROE COUNTY #4145684
MY COMMISSION EXPIRES 1/22/2019

_____
PROCESS SERVER -PRINT NAME BELOW SIGNATURE
_RICHARD MAZUREK_
PROCESS SERVER LICENSE # _____

**Work Order #  7419019**

*Paper Chase NY, LLC, 349 W. Commercial St., Suite 2360, East Rochester, NY 14445*



FORSYTH, HOWE, O'DWYER, KALB & MURPHY, P.C. ONE SOUTH CLINTON AVE., SUITE 1000 ROCHESTER, NY 14604

# AFFIDAVIT OF MAILING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK _____   Index No.: 17-CV-1262V

United States of America

|  | |
|---|---|
| | Plaintiff |

VS.

Angelica L. Parks, et al.

_____ Defendants (s)

**AFFIDAVIT OF MAILING
OF RPAPL 1303 NOTICE
TO TENANT**

File No.: _____

**Address of Mortgaged Premises:**
2864 East Lake Road  a/k/a 2864 Lake
Shore Drive East, Dunkirk, NY 14048

STATE OF NEW YORK)
COUNTY OF MONROE          ) SS.

_____Doreen Facciponte_____, being duly sworn, deposes and says that he/she is over 18 years of age and not a party to this action; that on the __15__ day of December , 2017 _____ our deponent mailed the Notice required by RPAPL 1303, of which Notice printed on colored paper.

That the premises has less than five units and the identity of the tenants are known and the mailing was made under the exclusive care of the United States Postal Service. A true copy of said Notice was mailed in a postpaid, properly addressed envelope by certified mail - return receipt requested, as well as by first class mail addressed to the tenant(s) residing at the property listed above.

☐ A first class mailing was made to tenant where the identity is unknown, addressed to "occupant".

☒ The certified mailing was made to defendant/tenant known as:  John Doe a/k/a  *A . P.* _____

_____

Certified Mail No. __7017145000126101428_____

Sworn to before me on  *12/15/17*
_____
NOTARY PUBLIC

SAMANTHA SALVATORE
Notary Public, State of New York
No. 01SA6635557
Qualified in Monroe County
Commission Expires January 19, 2020

*Doreen A. Facciponte*
_____
Doreen Facciponte

PAPER CHASE NY, LLC, 349 W. COMMERCIAL ST., SUITE 2360, EAST ROCHESTER, NY 14445          PZ



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

# OFFICIAL USE

Certified Mail Fee
$ 3.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ 3.25
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$ .46

Total Postage and Fees
$ 6.56

Sent To    John Doe a/k/a A.P.
Street     2864 East Lake Road a/k/a 2864 Lake
           Shore Drive East
City       Dunkirk, NY 14048

7017 1450 0001 2630 1428

*Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C. One South Clinton Ave., Suite 1000 Rochester, NY 14604*

# AFFIDAVIT OF SERVICE

Client's File No.: _____

| | |
|---|---|
| UNITED STATES DISTRICT COURT | Civil Action No.: 17-CV-1262V |
| WESTERN DISTRICT OF NEW YORK | Date Filed: December 6, 2017 |

*United States of America*

Plaintiff(s)/Petitioner(s)

*vs*

*Angelica L. Parks, et al.*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF CHAUTAUQUA , SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: December 14th 2017 , at the following time: 1:10 Pm , at          2864 East Lake Road  a/k/a 2864 Lake Shore Drive East, Dunkirk, NY 14048          deponent served the within

Summons in a Civil Action and Complaint-Action to Foreclose a Mortgage with Certificate of Merit Pursuant to CPLR 3012-b

[X] Papers so served were properly endorsed with the Civil Action No. and date of filing.

Upon: <u>Mary Roe a/k/a</u> ke P.  _____

[ ] **Individual**  By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[X] **Responsible Person**  By delivering to and leaving with   ANGELICA L. PARKS   Co-occupant
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's   Relationship
[X] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[X] **Mail**  A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on December 15th 2017

[ ] **Corporation LLC / LLP**  By delivering to and leaving with   said individual to be
who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door**  By affixing a true copy thereof to the door, being the defendant/respondent's   [ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts**  Deponent previously attempted to serve the above named defendant/respondent on:
1) _____ at _____   3) _____ at _____   5) _____ at _____
2) _____ at _____   4) _____ at _____   6) _____ at _____

**Description of Recipient**  Sex: Female   Color of skin: White   Color of hair: Brown   Age: 56   Height: 5'2"
Weight: 140   Other Features: _____

[ ] **Witness Fees**  advanced payment was made.

[X] **Military Service**  I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

[ ] **Other**

Sworn to before me on December 15th 2017

_____
NOTARY PUBLIC
CHERYL A. MEDLEY

_____
PROCESS SERVER - PRINT NAME BELOW SIGNATURE
RICHARD MAZUREK
PROCESS SERVER LICENSE # _____

**Work Order #  7419020**

*Paper Chase NY, LLC, 349 W. Commercial St., Suite 2360, East Rochester, NY 14445*



FORSYTH, HOWE, O'DWYER, KALB & MURPHY, P.C. ONE SOUTH CLINTON AVE., SUITE 1000 ROCHESTER, NY 14604

# AFFIDAVIT OF MAILING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
United States of America
_____ Index No.: 17-CV-1262V

|  |  |  |
|---|---|---|
| VS. | Plaintiff | AFFIDAVIT OF MAILING OF RPAPL 1303 NOTICE TO TENANT |
| Angelica L. Parks, et al. | | |

**File No.:**
_____

Defendants (s)

**Address of Mortgaged Premises:**
2864 East Lake Road  a/k/a 2864 Lake
Shore Drive East, Dunkirk, NY 14048

STATE OF NEW YORK )
COUNTY OF MONROE          ) SS.

_____ Doreen Faccipontè _____, being duly sworn, deposes and says that he/she is over 18 years of age and not a party to this action; that on the __15__ day of December , 2017 _____ our deponent mailed the Notice required by RPAPL 1303, of which Notice printed on colored paper.

That the premises has less than five units and the identity of the tenants are known and the mailing was made under the exclusive care of the United States Postal Service. A true copy of said Notice was mailed in a postpaid, properly addressed envelope by certified mail - return receipt requested, as well as by first class mail addressed to the tenant(s) residing at the property listed above.

☐ A first class mailing was made to tenant where the identity is unknown, addressed to "occupant".

☒ The certified mailing was made to defendant/tenant known as: _Mary Roe a/k/a _Ke. P_____

Certified Mail No. 70171450000126101435 _____

Sworn to before me on __12/15/17__

_____
NOTARY PUBLIC

SAMANTHA SALVATORE
Notary Public, State of New York
No. 01SA6335557
Qualified in Monroe County
Commission Expires January 19, 2020

_____
Doreen Faccipontè

PAPER CHASE NY, LLC, 349 W. COMMERCIAL ST., SUITE 2360, EAST ROCHESTER, NY 14445

PZ



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 3.35

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ 2.75
☐ Return Receipt (electronic)      $ _____        Postmark
☐ Certified Mail Restricted Delivery $ _____        Here
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$ .46

Total Postage and Fees
$ 6.56

Sent To    Mary Roe a/k/a Ke P.
Street     2864 East Lake Road a/k/a 2864 Lake
           Shore Drive East
City,      Dunkirk, NY 14048

7017 1450 0001 2610 1435

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

*Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C. One South Clinton Ave., Suite 1000 Rochester, NY 14604*

# AFFIDAVIT OF SERVICE

Client's File No.: _____

| | |
|---|---|
| Civil Action No.: | 17-CV-1262V |
| Date Filed: | December 6, 2017 |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**



*United States of America*

Plaintiff(s)/Petitioner(s)

*vs*

*Angelica L. Parks, et al.*

Defendant(s)/Respondent(s)

STATE OF  NEW YORK, COUNTY OF CHAUTAUQUA , SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: _December 14th 2017_ , at the following time: _1:16 Pm_
at _____2864 East Lake Road  a/k/a 2864 Lake Shore Drive East, Dunkirk, NY 14048_____ deponent served the within

Summons in a Civil Action and Complaint-Action to Foreclose a Mortgage with Certificate of Merit Pursuant to CPLR 3012-b

[X] Papers so served were properly endorsed with the Civil Action No. and date of filing.

Upon: _Mary Roe a/k/a_ _Ka. P._ _____

[ ] **Individual**   By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[X] **Responsible Person**   By delivering to and leaving with _ANGELICA L. PARKS_ , _Co-occupant_ Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[X] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[X] **Mail**   A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _December 15th, 2017_

[ ] **Corporation LLC / LLP**   By delivering to and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door**   By affixing a true copy thereof to the door, being the defendant/respondent's   [ ] dwelling place   [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts**   Deponent previously attempted to serve the above named defendant/respondent on:
1) _____ at _____   3) _____ at _____   5) _____ at _____
2) _____ at _____   4) _____ at _____   6) _____ at _____

**Description of Recipient**   Sex: _Female_   Color of skin: _White_   Color of hair: _Brown_   Age: _56_   Height: _5'2"_
Weight: _140_   Other Features: _____

[ ] **Witness Fees**   advanced payment was made.

[X] **Military Service**   I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

[ ] **Other**

Sworn to before me on _December 15th, 2017_

_____
NOTARY PUBLIC
CHERYL A. MEDLEY
NOTARY PUBLIC, STATE OF NEW YORK
CHAUTAUQUA COUNTY #4M45584
MY COMMISSION EXPIRES 1/27/2019

_____
PROCESS SERVER - PRINT NAME BELOW SIGNATURE
_Richard Mazurek_
PROCESS SERVER LICENSE # _____

**Work Order #  7419021**

*Paper Chase NY, LLC, 349 W. Commercial St., Suite 2360, East Rochester, NY 14445*



*Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C. One South Clinton Ave., Suite 1000 Rochester, NY 14604*

# AFFIDAVIT OF MAILING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK ──────────── Index No.: 17-CV-1262V
United States of America

|  |  |  |
|---|---|---|
|  | Plaintiff | AFFIDAVIT OF MAILING OF RPAPL 1303 NOTICE TO TENANT |
| VS. | | |
| Angelica L. Parks, et al. | | **File No.:** _____ |
| | Defendants (s) | **Address of Mortgaged Premises:** 2864 East Lake Road a/k/a 2864 Lake Shore Drive East, Dunkirk, NY 14048 |

STATE OF NEW YORK)
COUNTY OF MONROE          ) SS.

_____ Doreen Facciponte _____ , being duly sworn, deposes and says that he/she is over 18 years of age and not a party to this action; that on the _15_ day of December , 2017 _____ our deponent mailed the Notice required by RPAPL 1303, of which Notice printed on colored paper.

That the premises has less than five units and the identity of the tenants are known and the mailing was made under the exclusive care of the United States Postal Service. A true copy of said Notice was mailed in a postpaid, properly addressed envelope by certified mail - return receipt requested, as well as by first class mail addressed to the tenant(s) residing at the property listed above.

☐ A first class mailing was made to tenant where the identity is unknown, addressed to "occupant".

☒ The certified mailing was made to defendant/tenant known as:  Mary Roe a/k/a *Ka - P.*

Certified Mail No.  70171450000126101442 _____

Sworn to before me on _12/15/17_

_____
NOTARY PUBLIC

SAMANTHA SALVATORE
Notary Public, State of New York
No. 01SA6335557
Qualified in Monroe County
Commission Expires January 19, 2020

_____
Doreen Facciponte

*Paper Chase NY, LLC, 349 W. Commercial St., Suite 2360, East Rochester, NY 14445*

PZ

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$ 3.35

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)          $ 2.75
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$ 46

Total Postage and Fees
$ 6.56

Sent To    Mary Roe a/k/a Ka. P.

Street and Apt. No.    2864 East Lake Road a/k/a 2864 Lake
Shore Drive East

City, State, ZIP+4    Dunkirk, NY 14048

PS

7017 1450 0001 2610 1442



Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C. One South Clinton Ave., Suite 1000 Rochester, NY 14604

# AFFIDAVIT OF MAILING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
United States of America
                                                    Index No.: 17-CV-1262V

                                    Plaintiff    AFFIDAVIT OF MAILING
            VS.                                  OF RPAPL 1303 NOTICE
Angelica L. Parks, et al.                              TO TENANT

                                                 **File No.:**
                                                 _____

                                    Defendants (s)    **Address of Mortgaged Premises:**
                                                 2864 East Lake Road  a/k/a 2864 Lake
                                                 Shore Drive East, Dunkirk, NY 14048
STATE OF NEW YORK)
COUNTY OF MONROE          ) SS.

      Doreen Facciponte          , being duly sworn, deposes and says that he/she is over 18
years of age and not a party to this action; that on the 15                    day of
December , 2017                    our deponent mailed the Notice required by RPAPL
1303, of which Notice printed on colored paper.

That the premises has less than five units and the identity of the tenants are known and the mailing was
made under the exclusive care of the United States Postal Service. A true copy of said Notice was
mailed in a postpaid, properly addressed envelope by certified mail - return receipt requested, as well
as by first class mail addressed to the tenant(s) residing at the property listed above.

☒ A first class mailing was made to tenant where the identity is unknown, addressed to "occupant".

☐ The certified mailing was made to defendant/tenant known as: _____
_____

Certified Mail No. _____

Sworn to before me on  12/15/17
_____
        NOTARY PUBLIC
                                                 _____
                                                      Doreen Facciponte

SAMANTHA SALVATORE
Notary Public, State of New York
No. 01SA6335557
Qualified in Monroe County
Commission Expires January 19, 2020

Paper Chase NY, LLC, 349 W. Commercial St., Suite 2360, East Rochester, NY 14445                    PZ

FORSYTH, HOWE, O'DWYER, KALB & MURPHY, P.C. ONE SOUTH CLINTON AVE., SUITE 1000 ROCHESTER, NY 14604

## AFFIDAVIT OF DUE DILIGENCE

Client's File No.:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

INDEX NO.: 17-CV-1262V

United States of America

vs

Angelica L. Parks, et al.

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK , COUNTY OF CHAUTAUQUA , SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York . That on the following date: December 14th 2017 , at the following time: 1:10 Pm , at 2864 East Lake Road a/k/a 2864 Lake Shore Drive East, Dunkirk, NY 14048 , deponent attempted to serve the within Summons In a Civil Action and Complaint-Action to Foreclose a Mortgage with Certificate of Merit Pursuant to CPLR 3012-b

upon XYZ Corporation

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at
2864 East Lake Road a/k/a 2864 Lake Shore Drive East, Dunkirk, NY 14048
deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] unknown at address
- [ ] moved, left no forwarding
- [ ] evading
- [ ] unable to serve in timely fashion
- [x] Other: There is no XYZ Corporation

- [ ] house/building vacant
- [ ] address does not exist
- [ ] service canceled by litigant
- [ ] no other occupants / tenants over 18 years of age

Sworn to before me on December 15th, 2017

NOTARY PUBLIC
CHERI A. MEDLEY
NOTARY PUBLIC, STATE OF NEW YORK
CHAUTAUQUA COUNTY #4M56684
MY COMMISSION EXPIRES 1/27/2019

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
RICHARD MAZUREK
PROCESS SERVER LICENSE #

Work Order # 7419027

PAPER CHASE NY, LLC, 349 W. COMMERCIAL ST., SUITE 2360, EAST ROCHESTER, NY 14445

## CERTIFICATE OF SERVICE BY MAIL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,      CV NO. 17-CV-1262

        -v-

Angelica L. Parks, ET AL.,

                Defendants.

---

      The undersigned hereby certifies that she is an employee of Forsyth, Howe, O'Dwyer, Kalb & Murphy, PC, attorneys for the Plaintiff and is a person of such age and discretion as to be competent to serve papers.

      That on April 3, 2018, she served a copy of the Attached REQUEST FOR ENTRY OF DEFAULT, **by placing a copy in a post-paid envelope addressed to the persons named below, at the place and** address stated below, which is the last known address, and by depositing said envelope and contents in the United States mail at One South Clinton Avenue, Suite 1000, Rochester, NY 14604.

TO:  Angelica L. Parks
      2864 East Lake Rd.
      Dunkirk, NY 14048,

New York State Affordable Housing Corporation
c/o Attorney General Eric T. Schneiderman
Office of the Attorney General
Real Property Bureau, The Capitol
Albany, NY 12224

Chautauqua Opportunities, Inc.
17 W. Courtney St.
Dunkirk, NY 14048

John Doe a/k/a
2864 East Lake Rd.
Dunkirk, NY 14048

John Doe a/k/a
2864 East Lake Rd.
Dunkirk, NY 14048

Mary Roe a/k/a
2864 East Lake Rd.
Dunkirk, NY 14048


_____
     Jennifer Clark