IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
              Plaintiff

vs.

Angelica L. Parks, New York State
Affordable Housing Corporation,
Chautauqua Opportunities, Inc.,

JOHN DOE, MARY ROE AND
XYZ CORPORATION,
              Defendants

CV No. 17-CV-1262

**AFFIDAVIT FOR JUDGMENT OF FORECLOSURE AND SALE**

STATE OF NEW YORK )
COUNTY OF MONROE  ) SS:

    Robert J. Kalb, being first duly sworn, deposes and says, that he is an attorney duly admitted to practice in the Federal Courts of the Western District of the State of New York, and assigned to handle this action on behalf of the Plaintiff, United States of America, and is familiar with the pleadings and proceedings herein and upon information and belief, states further;

    1. On or about March 6, 2007, at the request of the defendant, Angelica L. Parks (hereinafter "Debtor"), the Plaintiff, the United States of America, acting by and through its agency, USDA Rural Housing Service fka Farmers Home Administration (hereinafter "Plaintiff"), did lend to the Debtor, the sum of $142,030.00, which sum the Debtor did

undertake and promise to repay, with interest at 5.75% in specified monthly installments.

2. As evidence of the indebtedness, the Debtor did execute and deliver to the Plaintiff a Promissory Note dated March 6, 2007, a true copy of which is attached as **Exhibit "A"**.

3. In order to secure the payment of the indebtedness the Debtor did execute, acknowledge and deliver to the plaintiff, a real property mortgage dated March 6, 2007, a true copy of which is attached as **Exhibit "B"**. Said mortgage was recorded in the Office of the Clerk of Chautauqua County on March 6, 2007 in Liber 2948 at Page 975.

4. Plaintiff is now the owner and holder of the Promissory Note and Mortgage.

5. Pursuant to the terms of certain Subsidy Repayment Agreements and/or Interest Credit Agreements executed by a representative of the Plaintiff and the Debtor, the interest described in the Promissory Note was reduced during each Agreement's effective period. Pursuant to 42 U.S.C. 1490a, and the fourth paragraph of the Mortgage, any interest credit assistance is subject to recapture upon the disposition of the

property. True copies of said Subsidy Repayment Agreement and the Interest Credit Agreements are attached as **Exhibits "C."**

6. The Debtor has breached and violated the provisions of the Promissory Note and Mortgage in that she has neglected and failed to pay the installments of principal and interest when due, despite due demand therefore and by failing to make payment of real property taxes when due, thus making it necessary for the plaintiff to pay the same to protect its interest.

7. This action was commenced on December 6, 2017, by the filing of the original complaint in the office of the Clerk of this Court and by the filing of the original Summons on December 6, 2017 in the Office of the Clerk of this Court. A copy of the Summons and Complaint are attached as **Exhibit "D"**.

8. As appears by the Affidavits of Service, on file in the office of the Clerk of this Court, each of the defendants named in the Complaint in this action was duly served with the Summons and Complaint more than twenty one days ago. Upon information and belief, none of the individual defendants are in the military service of the United States of America, as defined in the Servicemembers Civil Relief Act, nor are any of the defendants infants or incompetent persons.

9. On or about January 25, 2018 an Answer was filed by the Debtor. A copy of the Answer is attached hereto as **Exhibit "E"**.

10. Pursuant to Federal Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk of the Court entered a Certificate of the Entry of Default against defendants, New York State Affordable Housing Corporation and Chautauqua Opportunities, Inc. A copy of said Certificate is attached hereto as **Exhibit "F"**.

11. The true names of the defendant, John Doe, Mary Roe and XYZ Corporation were unknown at the time the summons and complaint were filed in this action, those names being fictitious but intending to designate tenants or occupants, if any, having an interest in possession upon the premises at issue. Service on the defendants, "John Doe" "Mary Roe" and "XYZ Corporation" was perfected/attempted on December 14, 2017. At the time of this service at the premises at issue, process server, Richard Mazurek, discovered that A.P., Ke.P., and Ka.P. were tenants or occupants and therefore had an interest in the real property at issue and duly served A.P., Ke.P., and Ka.P. as "John Doe" and "Mary Roe" with a copy of the summons and complaint in this

action and that there were no tenants or occupants residing at the premises at issue under the fictitious name "XYZ Corporation" and therefore, "XYZ Corporation" is an unnecessary party defendant to this action. Copies of the Affidavits of Service upon A.P., Ke.P. and Ka.P. as defendants, "John Doe" and "Mary Roe" are attached as **Exhibit "G"**. A copy of the Attempted Affidavit of Service on defendant, "XYZ Corporation" is attached hereto as **Exhibit "H"**.

12. A Notice of Pendency of this action, containing all the particulars required by law to be stated in such Notice, was duly filed in the office of the Clerk of this Court on December 6, 2017, and a duplicate original of that Notice was filed in the Chautauqua County Clerk's Office on or about December 8, 2017. A copy of the Notice of Pendency is attached hereto as **Exhibit "I"**.

13. The Debtor did not comply with the provision and conditions of the note and mortgage by failing to make payments in accordance with their provisions. Copies of the Acceleration Letters are attached hereto as **Exhibit "J"**.

14. By reason of these defaults Plaintiff has elected to declare the entire sum secured by the mortgage to be immediately due and payable.

15. As appears on the Affidavit of Plaintiff executed by a representative of the Plaintiff, there was justly due and owing on, and secured by such mortgages, as of April 20, 2018, the sum of $177,628.12.

16. The mortgaged premises consist of a parcel of land located at 2864 East Lake Road, Dunkirk, NY 14048, improved with a single family home; as such the premises cannot be sold except as a single parcel, and a sale in one parcel will be most beneficial to the interests of the parties.

23. Since the filing of the Notice of Pendency of this action, the Complaint has not been amended.

17. That a request for an award of costs in the amount of $1,035.00 is included with this application. A Bill of Costs is attached hereto as **Exhibit "K"**.

18. That a request for an award of reasonable attorney's fees in the amount of $3,000.00 is included with this application. An affirmation in support of an award of attorney's fees is attached hereto as **Exhibit "L"**.

19. No other or previous application has been made for the relief herein sought, or for similar relief.

ANSWER OF THE DEFENDANT

20. Only Debtor, Angelica L. Parks, has filed an answer in this case.

21. In her answer, the Debtor specifically admits obtaining the loan from Plaintiff and executing the Note and Mortgage being foreclosed herein as security for said loan.

22. For the reasons set forth in this Affidavit and the Affidavit of Plaintiff signed by Jennifer Jackson and the Memorandum of Law in Support of the Plaintiff's Motion for Judgment of Foreclosure and Sale, the answer filed is not sufficient to bar summary judgment.

WHEREFORE, the United States respectfully requests that the court grant the Plaintiff's motion for summary judgment, for judgment of foreclosure and sale and to amend the caption by substituting defendants A.P., Ke.P. and Ka.P. in the place and stead of "John Doe" and "Mary Roe" and dismissing the defendant, "XYZ Corporation."

Dated: Rochester, New York  May 30, 2018.

S/Robert J. Kalb

_____
FORSYTH, HOWE, O'DWYER,
KALB & MURPHY, P.C.
One South Clinton Ave., Suite 1000
Rochester, NY  14604
(585) 325-7515
Fax:  (585) 325-6287
Email:  kalb@forsythhowe.com


Sworn to before me on this
30th day of May, 2018

_____
Notary Public

DORENE R. MAYER
Notary Public State of New York
County of Monroe, #01MA5032253
Commission Expires 8/22/20