Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Lender has agreed in writing to such lien or Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender; (b) contests in good faith the lien by, or defends against enforcement of the lien in, legal proceedings which in the Lender's opinion operate to prevent the enforcement of the lien; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien which may attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien. Borrower shall satisfy the lien or take one or more of the actions set forth above within ten (10) days of the giving of notice.

Borrower shall pay to Lender such fees and other charges as may now or hereafter be required by regulations of Lender, and pay or reimburse Lender for all of Lender's fees, costs, and expenses in connection with any full or partial release or subordination of this instrument or any other transaction affecting the Property.

**5.    Hazard or Property Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage" and any other hazards, including floods or flooding, for which Lender requires insurance. This insurance shall be maintained in the amounts and for the periods that Lender requires. The insurer providing the insurance shall be chosen by Borrower subject to Lender's approval which shall not be unreasonably withheld. If Borrower fails to maintain coverage described above, at Lender's option Lender may obtain coverage to protect Lender's rights in the Property pursuant to paragraph 7.

All insurance policies and renewals shall be in a form acceptable to Lender and shall include a standard mortgagee clause. Lender shall have the right to hold the policies and renewals. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower.

Unless Lender and Borrower otherwise agree in writing, insurance proceeds shall be applied to restoration or repair of the Property damaged, if the restoration or repair is economically feasible and Lender's security is not lessened. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with any excess paid to Borrower. If Borrower abandons the Property, or does not answer within thirty (30) days a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may collect the insurance proceeds. Lender may use the proceeds to repair or restore the Property or to pay sums secured by this Security Instrument, whether or not then due. The thirty (30) day period will begin when the notice is given.

Unless Lender and Borrower otherwise agree in writing, any application of proceeds to principal shall not extend or postpone the due date of the monthly payments referred to in paragraphs 1 and 2 or change the amount of the payments. If after acceleration the Property is acquired by Lender, Borrower's right to any insurance policies and proceeds resulting from damage to the Property prior to the acquisition shall pass to Lender to the extent of the sums secured by this Security Instrument immediately prior to the acquisition.

**6.    Preservation, Maintenance, and Protection of the Property; Borrower's Loan Application; Leaseholds.** Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate, or commit waste on the Property. Borrower shall maintain the improvements in good repair and make repairs required by Lender. Borrower shall comply with all laws, ordinances, and regulations affecting the Property. Borrower shall be in default if any forfeiture action or proceeding, whether civil or criminal, is begun that in Lender's good faith judgment could result in forfeiture of the Property or otherwise materially impair the lien created by this Security Instrument or Lender's security interest. Borrower may cure such a default by causing the action or proceeding to be dismissed with a ruling that, in Lender's good faith determination, precludes forfeiture of the Borrower's interest in the Property or other material impairment of the lien created by this Security Instrument or Lender's security interest. Borrower shall also be in default if Borrower, during the loan application process, gave materially false or inaccurate information or statements to Lender (or failed to provide Lender with any material information) in connection with the loan evidenced by the Note. If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing.

**7.    Protection of Lender's Rights in the Property.** If Borrower fails to perform the covenants and agreements contained in this Security Instrument, or there is a legal proceeding that may significantly affect Lender's rights in the Property (such as a proceeding in bankruptcy, probate, for condemnation or forfeiture or to enforce laws or regulations), then Lender may do and pay for whatever is necessary to protect the value of the Property and Lender's rights in the Property. Lender's actions may include paying any sums secured by a lien which has priority over this Security Instrument, appearing in court, paying reasonable attorneys' fees and entering on the Property to make repairs. Although Lender may take action under this paragraph 7, Lender is not required to do so. Any amounts disbursed by Lender under this paragraph 7 shall become additional debt of Borrower secured by this Security Instrument. Unless Borrower and Lender agree to other terms of payment, these amounts shall bear interest from the date of disbursement at the Note rate and shall be payable, with interest, upon notice from Lender to Borrower requesting payment.

Page 3 of 6

**8. Refinancing.** If at any time it shall appear to Lender that Borrower may be able to obtain a loan from a responsible cooperative or private credit source, at reasonable rates and terms for loans for similar purposes, Borrower will, upon the Lender's request, apply for and accept such loan in sufficient amount to pay the note and any indebtedness secured hereby in full.

**9. Inspection.** Lender or its agent may make reasonable entries upon and inspections of the Property. Lender shall give Borrower notice at the time of or prior to an inspection specifying reasonable cause for the inspection.

**10. Condemnation.** The proceeds of any award or claim for damages, direct or consequential, in connection with any condemnation or other taking of any part of the Property, or for conveyance in lieu of condemnation, are hereby assigned and shall be paid to Lender. In the event of a total taking of the Property, the proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with any excess paid to Borrower. In the event of a partial taking of the Property in which the fair market value of the Property immediately before the taking is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the taking, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the proceeds multiplied by the following fraction: (a) the total amount of the sums secured immediately before the taking, divided by (b) the fair market value of the Property immediately before the taking. Any balance shall be paid to Borrower. In the event of a partial taking of the Property in which the fair market value of the Property immediately before the taking is less than the amount of the sums secured hereby immediately before the taking, unless Borrower and Lender otherwise agree in writing or unless applicable law otherwise provides, the proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due.

If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the condemnor offers to make an award or settle a claim for damages, Borrower fails to respond to Lender within thirty (30) days after the date the notice is given, Lender is authorized to collect and apply the proceeds, at its option, either to restoration or repair of the Property or to the sums secured by this Security Instrument, whether or not then due. Unless Lender and Borrower otherwise agree in writing, any application of proceeds to principal shall not extend or postpone the due date of the monthly payments referred to in paragraphs 1 and 2 or change the amount of such payments.

**11. Borrower Not Released; Forbearance By Lender Not a Waiver.** Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to Borrower and any successor in interest of Borrower shall not operate to release the liability of the original Borrower or Borrower's successors in interest. Lender shall not be required to commence proceedings against any successor in interest or refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or Borrower's successors in interest. Any forbearance by Lender in exercising any right or remedy shall not be a waiver of or preclude the exercise of any right or remedy.

**12. Successors and Assigns Bound; Joint and Several Liability; Co-signers.** The covenants and agreements of this Security Instrument shall bind and benefit the successors and assigns of Lender and Borrower, subject to the provisions of paragraph 16. Borrower's covenants and agreements shall be joint and several. Any Borrower who co-signs this Security Instrument but does not execute the Note: (a) is co-signing this Security Instrument only to mortgage, grant and convey that Borrower's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower may agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without that Borrower's consent.

**13. Notices.** Any notice to Borrower provided for in this Security Instrument shall be given by delivering it or by mailing it by first class mail unless applicable law requires use of another method. The notice shall be directed to the Property Address or any other address Borrower designates by notice to Lender. Any notice to Lender shall be given by first class mail to Lender's address stated herein or any other address Lender designates by notice to Borrower. Any notice provided for in this Security Instrument shall be deemed to have been given to Borrower or Lender when given as provided in this paragraph.

**14. Governing Law; Severability.** This Security Instrument shall be governed by federal law. In the event that any provision or clause of this Security Instrument or the Note conflicts with applicable law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision. To this end the provisions of this Security Instrument and the Note are declared to be severable. This instrument shall be subject to the present regulations of Lender, and to its future regulations not inconsistent with the express provisions hereof. All powers and agencies granted in this instrument are coupled with an interest and are irrevocable by death or otherwise; and the rights and remedies provided in this instrument are cumulative to remedies provided by law.

**15. Borrower's Copy.** Borrower acknowledges receipt of one conformed copy of the Note and of this Security Instrument.

**16. Transfer of the Property or a Beneficial Interest in Borrower.** If all or any part of the Property or any interest in it is leased for a term greater than three (3) years, leased with an option to purchase, sold, or transferred (or if a beneficial interest in Borrower is sold or transferred and Borrower is not a natural person) without Lender's prior written consent, Lender may, at its option, require immediate payment in full of all sums secured by this

Page 4 of 6

Security Instrument.

**17. Nondiscrimination.** If Borrower intends to sell or rent the Property or any part of it and has obtained Lender's consent to do so (a) neither Borrower nor anyone authorized to act for Borrower, will refuse to negotiate for the sale or rental of the Property or will otherwise make unavailable or deny the Property to anyone because of race, color, religion, sex, national origin, handicap, age, or familial status, and (b) Borrower recognizes as illegal and hereby disclaims and will not comply with or attempt to enforce any restrictive covenants on dwelling relating to race, color, religion, sex, national origin, handicap, age or familial status.

**18. Sale of Note; Change of Loan Servicer.** The Note or a partial interest in the Note (together with this Security Instrument) may be sold one or more times without prior notice to Borrower. A sale may result in a change in the entity (known as the "Loan Servicer") that collects monthly payments due under the Note and this Security Instrument. There also may be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower will be given written notice of the change in accordance with paragraph 13 above and applicable law. The notice will state the name and address of the new Loan Servicer and the address to which payments should be made.

**19. Uniform Federal Non-Judicial Foreclosure.** If a uniform federal non-judicial foreclosure law applicable to foreclosure of this security instrument is enacted, Lender shall have the option to foreclose this instrument in accordance with such federal procedure.

**20. Hazardous Substances.** Borrower shall not cause or permit the presence, use, disposal, storage, or release of any hazardous substances on or in the Property. The preceding sentence shall not apply to the presence, use, or storage on the Property of small quantities of hazardous substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property that is in violation of any federal, state, or local environmental law or regulation.

Borrower shall promptly give Lender written notice of any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any hazardous substance or environmental law or regulation of which Borrower has actual knowledge. If Borrower learns, or is notified by any governmental or regulatory authority, that any removal or other remediation of any hazardous substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with applicable environmental law and regulations.

As used in this paragraph "hazardous substances" are those substances defined as toxic or hazardous substances by environmental law and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials. As used in this paragraph, "environmental law" means federal laws and regulations and laws and regulations of the jurisdiction where the Property is located that relate to health, safety or environmental protection.

**21. Cross Collateralization.** Default hereunder shall constitute default under any other real estate security instrument held by Lender and executed or assumed by Borrower, and default under any other such security instrument shall constitute default hereunder.

**NON-UNIFORM COVENANTS.** Borrower and Lender further covenant and agree as follows:

**22. SHOULD DEFAULT** occur in the performance or discharge of any obligation in this instrument or secured by this instrument, or should the parties named as Borrower die or be decreed incompetent, or should any one of the parties named as Borrower be discharged in bankruptcy or declared an insolvent, or make an assignment for the benefit of creditors, Lender, at its option, with or without notice, may: (a) declare the entire amount unpaid under the note and any indebtedness to Lender hereby secured immediately due and payable, (b) for the account of Borrower incur and pay reasonable expenses for repair or maintenance of and take possession of, operate or rent the property, (c) upon application by it and production of this instrument, without other evidence and without notice of hearing of said application, have a receiver appointed for the property, with the usual powers of receivers in like cases, (d) foreclose this instrument as provided herein or by law, and (e) enforce any and all other rights and remedies provided herein or by present or future laws.

**23.** The proceeds of foreclosure sale shall be applied in the following order to the payment of: (a) costs and expenses incident to enforcing or complying with the provisions hereof, (b) any prior liens required by law or a competent court to be so paid, (c) the debt evidenced by the note and all indebtedness to Lender secured hereby, (d) inferior liens of record required by law or a competent court to be so paid, (e) at Lender's option, any other indebtedness of Borrower owing to Lender, and (f) any balance to Borrower. At foreclosure or other sale of all or any part of the property, Lender and its agents may bid and purchase as a stranger and may pay Lender's share of the purchase price by crediting such amount on any debts of Borrower owing to Lender, in the order prescribed above.

**24.** Borrower agrees that Lender will not be bound by any present or future state laws, (a) providing for valuation, appraisal, homestead or exemption of the Property, (b) prohibiting maintenance of an action for a deficiency judgment or limiting the amount thereof or the time within which such action may be brought, (c)

Page 5 of 6

prescribing any other statue of limitations, (d) allowing any right of possession or, (e) limiting the conditions which Lender may be regulation impose, including the interest rate it may charge, as a condition of approving a transfer of the property to a new Borrower. Borrower expressly waives the benefit of any such state law. Borrower hereby relinquishes, waives, and conveys all rights, inchoate or consummate, of descent.

25. **Riders to this Security Instrument.** If one or more riders are executed by Borrower and recorded together with this Security Instrument, the covenants and agreements of each rider shall be incorporated into and shall amend and supplement the covenants and agreements of this Security Instrument as if the rider(s) were a part of this Security Instrument. [Check applicable box]

☐ Condominium Rider ☐ Planned Unit Development Rider ☐ Other(s) [specify]

Witnesses:

_____     _____ (Seal)
                                                                            Borrower

_____     _____ (Seal)
                                                                            Borrower

## ACKNOWLEDGMENT

STATE OF NEW YORK          }
                                        } SS:
COUNTY OF CHAUTAUQUA        }

On the ___6th___ day of __March__ in the year _2007_, before me, the undersigned, a notary public in and for said State, personally appeared ___Angelica L. Parks___, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose names(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person on behalf of which the individual(s) acted, executed the instrument.

_____
                        Notary Public

MARK L. BARGAR #02BA4905781
Notary Public, State of New York
Qualified In Chautauqua County
My Commission Expires August 31, 20 09

Page 6 of 6

## SCHEDULE A
### Description

ALL THAT TRACT OR PARCEL OF LAND situate in the Town of Sheridan, County of Chautauqua and State of New York, being part of Lot 49, Town 6 and Range 11 of the Holland Land Company's Survey and further bounded and described as follows:   BEGINNING at a point in the centerline of New York State Route 5 (right of way width varies), also known as S. H. #8304, also known as Lake Road, at the southwesterly corner of lands conveyed by Allan L. Paglia, as Executor of The Estate of Archie J. Paglia, to Mary P. Ark by deed dated April 13, 1993, and recorded in the Chautauqua County Clerk's Office May 4, 1993, in Liber 2291 of Deeds at page 465, said point of beginning located southwesterly, as measured along the centerline of New York State Route 5, a distance of 1012.90 feet from the intersection of the centerline of New York State Route 5 with the centerline of Waite Road;  thence southwesterly, along the centerline of New York State Route 5, on a curve to the left, 84.01 feet to a point, said curve having a radius 2865.00 feet and a chord S 71° 56' 46" W, 84.01 feet; thence N 18° 53' 38" W, radially to said centerline, 26.96 feet to a point in the northerly highway boundary of New York State Route 5;  thence S 75° 24' 38" W, along the northerly highway boundary of New York State Route 5, 2.20 feet to a set rebar with cap at the southeasterly corner of lands conveyed by Archie J. Paglia and Baldasare L. Ursitti to Baldasare L. and Virginia Ursitti by deed dated September 3, 1948, and recorded in the Chautauqua County Clerk's Office March 10, 1949, in Liber 839 of Deeds at page 579;  thence N 06° 38' 04" E, along the easterly line of said Ursitti, 203.64 feet to a set rebar with cap in the southerly line of aforementioned Ark;  thence S 83° 21' 56" E, along the southerly line of Ark, 90.00 feet to a set rebar with cap; thence S 06° 38' 04" W, along the westerly line of Ark, 161.80 feet to a set rebar with cap in the northerly highway boundary of New York State Route 5;  thence continuing along the same course S 06° 38' 04" W, and still along the westerly line of Ark, 30.29 feet to the point of beginning.

STATE OF NEW YORK

COUNTY OF Oswego                    SS:

    Eileen A. McGrath being duly sworn deposes and says: That I am a Single Family Housing Underwriter for the United States of America, Acting through Rural Development, formerly Farmers Home Administration, U.S. Department of Agriculture.

    That Rural Development is an agency of the United States within the U.S. Department of Agriculture for the purpose of administering Government loan programs, as a Government entity, it is exempt from the payment of mortgage taxes. Specific exemptions are also codified at 7 USC 1984 (1) and 42 USC 1490 h (1).

    This affidavit is made to support request for exemption from mortgage tax.

                      _Eileen A. McGrath_
                      EILEEN A. McGRATH

Sworn to before me this

27th Day of February, 2007

_Wendy R. Tallents_
Notary Public

WENDY R. TALLENTS
Notary Public, State of New York
No. 01TA6132408
Qualified in Oswego County
Commission Expires August 29, 20 09

EXHIBIT C

Form RD 3550-21
(03-06)

**RURAL HOUSING SERVICE**
**PAYMENT SUBSIDY RENEWAL CERTIFICATION**

FORM APPROVED
OMB NO. 0575-0172

RECEIVED
APR 09 2007
Front-End Processing Unit

03/12/07

ANGELICA L PARKS
2864 EAST LAKE ROAD
DUNKIRK          NY 14048

Please provide the following information in ink. IF ANY REQUESTED INFORMATION IS NOT PROVIDED, YOUR PAYMENT SUBSIDY REQUEST CANNOT BE PROCESSED!

The information I (we) have provided is complete and true to the best of my (our) knowledge. I (we) understand that the information below is being collected to determine if I am (we are) eligible to receive payment subsidies and that failure to provide complete and accurate information can result in criminal and civil penalties.

_Angelica Parks_   3/19/07
Borrower Signature          Date          Borrower Signature          Date

Home Phone No: (716) 753-6841          Alternate Phone or Work No: (716) 366-5706
YOU MUST RETURN THIS FORM (NOT A COPY) BY MAIL. DO NOT FAX!

**1. ALL ADULT HOUSEHOLD MEMBERS MUST SIGN AN "AUTHORIZATION TO RELEASE INFORMATION" FORM 3550-1**

**2. PLEASE FILL OUT THE FOLLOWING SECTION COMPLETELY:**

| HOUSEHOLD MEMBER'S FULL NAME - BEGIN WITH YOURSELF | RELATIONSHIP TO THE HEAD | AGE | SOCIAL SECURITY NUMBER | EMPLOYED YES / NO | FULL TIME STUDENT YES / NO | DISABLED YES / NO |
|---|---|---|---|---|---|---|
| Angelica Parks | Self | | | X | | |
| Kennedy Swabik | Child | | | | | X |
| Andrew Swabik | Child | | | X | X | X |
| Kali Swabik | Child | | | X | X | X |

**3. Yes X  No___ Did anyone living in your household file Federal Income Tax last year?**
YOU MUST INCLUDE A COPY OF LAST YEAR'S IRS FORM(S) 1040, 1040EZ, 1040A, OR TELEFILE TAX RECORDS FOR ALL ADULT HOUSEHOLD MEMBERS WHO FILED. *DO NOT SEND FORM 8453!!!*

**4. Yes___  No X Is anyone living in your household self-employed?**
IF YES – YOU MUST INCLUDE A COPY OF LAST YEAR'S FEDERAL INCOME TAX SCHEDULE FOR C OR F.

5. $ 3849.34   Amount of Real Estate Taxes due each year.          I am exempt from paying.

6. $ 569.00   Amount of Property Insurance paid each year.          I do not have insurance.

**7. ATTACH THE TWO (2) MOST RECENT AND CONSECUTIVE PAY STUBS FOR ALL JOBS IN YOUR HOUSEHOLD AND COMPLETE THE FOLLOWING FOR EACH JOB:**

| HOUSEHOLD MEMBER'S FULL NAME | AMOUNT OF YEARLY INCOME | EMPLOYER NAME AND ADDRESS | EMPLOYER PHONE NO. |
|---|---|---|---|
| Angelica Parks | $ 17,980.00 | Inner Lakes FCU 19-21 E Main St Westfield NY 14787 | (716) 326-3858 |
| | | | ( ) |
| | | | ( ) |

**\* \* \* COMPLETE 2ND PAGE OF THIS FORM \* \* \***

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0575-0172. The time required to complete this information collection is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

\*00550003453889310703 12NY2\*

Form RD 3550-21
(03-06)
3/06

**RURAL HOUSING SERVICE**
**PAYMENT SUBSIDY RENEWAL CERTIFICATION**

FORM APPROVED
OMB NO. 0575-0172

ANGELICA L PARKS
2864 EAST LAKE ROAD
DUNKIRK    NY 14048

RECEIVED

9 MAR 06 2009

Front-End Processing Unit

02/04/09

Please provide the following information in ink. IF ANY REQUESTED INFORMATION IS NOT PROVIDED,
YOUR PAYMENT SUBSIDY REQUEST CANNOT BE PROCESSED!

The information I (we) have provided is complete and true to the best of my (our) knowledge. I (we) understand that the
information below is being collected to determine if I am (we are) eligible to receive payment subsidies and that failure to
provide complete and accurate information can result in criminal and civil penalties.

_Angelica Parks_                              2-10-09
Borrower Signature                            Date                    Borrower Signature                    Date

Home Phone No: (716) XXX-XXXX        Alternate Phone or Work No: (    )
366-570o

**YOU MUST RETURN THIS FORM (NOT A COPY) BY MAIL. DO NOT FAX!**

**1. ALL ADULT HOUSEHOLD MEMBERS MUST SIGN AN "AUTHORIZATION TO RELEASE INFORMATION" FORM 3550-1**

**2. PLEASE FILL OUT THE FOLLOWING SECTION COMPLETELY:**

| HOUSEHOLD MEMBER'S FULL NAME - BEGIN WITH YOURSELF | RELATIONSHIP TO THE HEAD | AGE | SOCIAL SECURITY NUMBER | EMPLOYED YES / NO | FULL TIME STUDENT YES / NO | DISABLED YES / NO |
|---|---|---|---|---|---|---|
| Angelica L Parks | SELF | | | ✓ | | |
| Kennedy E Swabik | Child | | | ✓ | ✓ | |
| Andrew C Swabik | Child | | | ✓ | ✓ | |
| Koli A Swabik | Child | | | ✓ | ✓ | |

3. Yes _X_ No___ Did anyone living in your household file Federal Income Tax last year?
   YOU MUST INCLUDE A COPY OF LAST YEAR'S IRS FORM(S) 1040, 1040EZ, 1040A, OR TELEFILE TAX RECORDS
   FOR ALL ADULT HOUSEHOLD MEMBERS WHO FILED. *DO NOT SEND FORM 8453!!!*

4. Yes ___ No_X_ Is anyone living in your household self-employed?
   IF YES – YOU MUST INCLUDE A COPY OF LAST YEAR'S FEDERAL INCOME TAX SCHEDULE FOR C OR F.

5. $ 3460.94 Amount of Real Estate Taxes due each year.        I am exempt from paying.

6. $ 700oo Amount of Property Insurance paid each year.        I do not have insurance.

7. ATTACH THE TWO (2) MOST RECENT AND CONSECUTIVE PAY STUBS FOR ALL JOBS IN YOUR HOUSEHOLD AND
   COMPLETE THE FOLLOWING FOR EACH JOB:

| HOUSEHOLD MEMBER'S FULL NAME | AMOUNT OF YEARLY INCOME | EMPLOYER NAME AND ADDRESS | EMPLOYER PHONE NO. |
|---|---|---|---|
| Angelica L Parks | 17830.57 | WANUFCU NY48 3995 Vineyard Dr Dunkirk NY | (716 ) 363-7412 |
| | | | (    ) |
| | | | (    ) |

**\* \* \* COMPLETE 2ND PAGE OF THIS FORM \* \* \***

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB
control number for this information collection is 0575-0172. The time required to complete this information collection is estimated to average 30 minutes per response, including the
time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

*00550003453889310904O5NY3*

*T20000176024 L1011001

Form RD 3550-21
(03-06)

**RURAL HOUSING SERVICE
PAYMENT SUBSIDY RENEWAL CERTIFICATION**

FORM APPROVED
OMB NO. 0575-0172

ANGELICA L PARKS
2864 EAST LAKE ROAD
DUNKIRK        NY 14048

**RECEIVED**
**FEB 25 2011**
Front End Processing Unit

02/04/11

Please provide the following information in ink. IF ANY REQUESTED INFORMATION IS NOT PROVIDED,
YOUR PAYMENT SUBSIDY REQUEST CANNOT BE PROCESSED!

The information I (we) have provided is complete and true to the best of my (our) knowledge.  I (we) understand that the
information below is being collected to determine if I am (we are) eligible to receive payment subsidies and that failure to
provide complete and accurate information can result in criminal and civil penalties.

_Angelica J Parks_   _2-14-11_

Borrower Signature            Date            Borrower Signature            Date

Home Phone No: (716) 753-6841        Alternate Phone or Work No: (    ) _____

**YOU MUST RETURN THIS FORM (NOT A COPY) BY MAIL.  DO NOT FAX!**

1. ALL ADULT HOUSEHOLD MEMBERS MUST SIGN AN "AUTHORIZATION TO RELEASE INFORMATION" FORM 3550-1
2. PLEASE FILL OUT THE FOLLOWING SECTION COMPLETELY.

| HOUSEHOLD MEMBER'S FULL NAME - BEGIN WITH YOURSELF | RELATIONSHIP TO THE HEAD | AGE | SOCIAL SECURITY NUMBER | EMPLOYED YES / NO | FULL TIME STUDENT YES / NO | DISABLED YES / NO |
|---|---|---|---|---|---|---|
| Angelica Parks | SELF | | | X | | X |
| Kennedy Swabik | Child | | | | X | X |
| Andrew Swabik | Child | | | | X | X |
| Kali Swabik | Child | | | | X | X |

3. Yes _X_  No___ Did anyone living in your household file Federal Income Tax last year?
   **YOU MUST INCLUDE A COPY OF LAST YEAR'S IRS FORM(S) 1040, 1040EZ, 1040A, OR TELEFILE TAX RECORDS
   FOR ALL ADULT HOUSEHOLD MEMBERS WHO FILED.  DO NOT SEND  FORM 8453!!!**

4. Yes ___  No _X_ Is anyone living in your household self-employed?
   **IF YES - YOU MUST INCLUDE A COPY OF LAST YEAR'S FEDERAL INCOME TAX SCHEDULE FOR C OR F.**

5. $ 3034.57    Amount of Real Estate Taxes due each year.        I am exempt from paying.

6. $ 1804 —     Amount of Property Insurance paid each year.      I do not have insurance.

7. ATTACH THE TWO (2) MOST RECENT AND CONSECUTIVE PAY STUBS FOR ALL JOBS IN YOUR HOUSEHOLD AND
   COMPLETE THE FOLLOWING FOR EACH JOB:

| HOUSEHOLD MEMBER'S FULL NAME | AMOUNT OF YEARLY INCOME | EMPLOYER  NAME AND ADDRESS | EMPLOYER PHONE NO. |
|---|---|---|---|
| Angelica L. Parks | $23,297 52 | Greater Woodlawn Federal Credit Union 3795 Vineyard Dr Dunkirk NY 14048 | (716) 343-2412 |
| | | | (    ) |
| | | | (    ) |

### * * * COMPLETE 2ND PAGE OF THIS FORM * * *

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.  The valid OMB control number for this information collection is 0575-0172.  The time required to complete this information collection is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

*0055000345388931110405NY3*

Form RD 3550-21
(03-06 )

**RURAL HOUSING SERVICE**
**PAYMENT SUBSIDY RENEWAL CERTIFICATION**

FORM APPROVED
OMB NO. 0575-0172

ANGELICA L PARKS
2864 EAST LAKE ROAD
DUNKIRK        NY 14048

RECEIVED
DEC 05 2012
Imaging Processing Unit

11/19/12

Please provide the following information in ink. IF ANY REQUESTED INFORMATION IS NOT PROVIDED,
YOUR PAYMENT SUBSIDY REQUEST CANNOT BE PROCESSED!

The information I (we) have provided is complete and true to the best of my (our) knowledge. I (we) understand that the
information below is being collected to determine if I am (we are) eligible to receive payment subsidies and that failure to
provide complete and accurate information can result in criminal and civil penalties.

_Angelica Parks - 11/26/12_

| Borrower Signature | Date | Borrower Signature | Date |

Home Phone No: (716) 753 6841        Alternate Phone or Work No: (    )

**YOU MUST RETURN THIS FORM (NOT A COPY) BY MAIL.  DO NOT FAX!**

**1. ALL ADULT HOUSEHOLD MEMBERS MUST SIGN AN "AUTHORIZATION TO RELEASE INFORMATION" FORM 3550-1**

**2. PLEASE FILL OUT THE FOLLOWING SECTION COMPLETELY:**

| HOUSEHOLD MEMBER'S FULL NAME - BEGIN WITH YOURSELF | RELATIONSHIP TO THE HEAD | AGE | SOCIAL SECURITY NUMBER | EMPLOYED YES / NO | FULL TIME STUDENT YES / NO | DISABLED YES / NO |
|---|---|---|---|---|---|---|
| Angelica L. Parks | SELF | | | X | X | |
| Kennedy E. Parks | Child | | | | X | |
| Andrew C. Parks | Child | | | X | X | X |
| Kali A. Parks-Kessler | Child | | | X | X | X |

3. Yes _X_  No___ Did anyone living in your household file Federal Income Tax last year?
   **YOU MUST INCLUDE A COPY OF LAST YEAR'S IRS FORM(S) 1040, 1040EZ, 1040A, OR TELEFILE TAX RECORDS
   FOR ALL ADULT HOUSEHOLD MEMBERS WHO FILED.  DO NOT SEND FORM 8453!!!**

4. Yes ___  No _X_ Is anyone living in your household self-employed?
   **IF YES -- YOU MUST INCLUDE A COPY OF LAST YEAR'S FEDERAL INCOME TAX SCHEDULE FOR C OR F.**

5. $ 3000 ? Amount of Real Estate Taxes due each year.        I am exempt from paying.

6. $ 890 00 Amount of Property Insurance paid each year.        I do not have insurance.

7. **ATTACH THE TWO (2) MOST RECENT AND CONSECUTIVE PAY STUBS FOR ALL JOBS IN YOUR HOUSEHOLD AND
   COMPLETE THE FOLLOWING FOR EACH JOB:**

| HOUSEHOLD MEMBER'S FULL NAME | AMOUNT OF YEARLY INCOME | EMPLOYER  NAME AND ADDRESS | EMPLOYER PHONE NO. |
|---|---|---|---|
| Angelika L. Parks | $24,222 | QWFCW .3995 Vineyard Dr. Dunkirk NY 14048 | (716) 363-7412 |
| | | | (    ) |
| | | | (    ) |

**\* \* \* COMPLETE 2ND PAGE OF THIS FORM \* \* \***

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0575-0172. The time required to complete this information collection is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

**\*0055000345388931121119NY1\***

Form RD 3550-21
(03-06)

**RURAL HOUSING SERVICE**
**PAYMENT SUBSIDY RENEWAL CERTIFICATION**

FORM APPROVED
OMB NO. 0575-0172

RECEIVED
MAR 0 4 2013
Imaging Processing Unit

ANGELICA L PARKS
2864 EAST LAKE ROAD
DUNKIRK        NY 14048

01/25/13

Please provide the following information in ink. IF ANY REQUESTED INFORMATION IS NOT PROVIDED,
YOUR PAYMENT SUBSIDY REQUEST CANNOT BE PROCESSED!

The information I (we) have provided is complete and true to the best of my (our) knowledge. I (we) understand that the
information below is being collected to determine if I am (we are) eligible to receive payment subsidies and that failure to
provide complete and accurate information can result in criminal and civil penalties.

| Angelica Parks | 2-7-13 | | |
|---|---|---|---|
| Borrower Signature | Date | Borrower Signature | Date |

Home Phone No: (716) 753-6841 _____    Alternate Phone or Work No: (   )

**YOU MUST RETURN THIS FORM (NOT A COPY) BY MAIL. DO NOT FAX!**

**1. ALL ADULT HOUSEHOLD MEMBERS MUST SIGN AN "AUTHORIZATION TO RELEASE INFORMATION" FORM 3550-1**

**2. PLEASE FILL OUT THE FOLLOWING SECTION COMPLETELY:**

| HOUSEHOLD MEMBER'S FULL NAME - BEGIN WITH YOURSELF | RELATIONSHIP TO THE HEAD | AGE | SOCIAL SECURITY NUMBER | EMPLOYED YES / NO | FULL TIME STUDENT YES / NO | DISABLED YES / NO |
|---|---|---|---|---|---|---|
| Angelica Parks | Self | | | x | | x |
| Kennedy Parks | Child | | | y | x | x |
| Andrew Parks | Child | | | y | o | y |
| Roliff Parks-Beisler | Child | | | y | y | y |
| Charles A Corell | Friend | | | y | y | y |
| Emily Corell | Charles Daughter | | | x | x | y |

3. Yes ✗  No____ Did anyone living in your household file Federal Income Tax last year?
   **YOU MUST INCLUDE A COPY OF LAST YEAR'S IRS FORM(S) 1040, 1040EZ, 1040A, OR TELEFILE TAX RECORDS
   FOR ALL ADULT HOUSEHOLD MEMBERS WHO FILED. DO NOT SEND FORM 8453!!!**

4. Yes ___ No ✗ Is anyone living in your household self-employed?
   **IF YES – YOU MUST INCLUDE A COPY OF LAST YEAR'S FEDERAL INCOME TAX SCHEDULE FOR C OR F.**

5. $ 3124.92     Amount of Real Estate Taxes due each year.    I am exempt from paying.

6. $ _____    Amount of Property Insurance paid each year.    (I do not have insurance)

   I mailed in the papers of no renewal and still can't find someone to insure me

7. ATTACH THE TWO (2) MOST RECENT AND CONSECUTIVE PAY STUBS FOR ALL JOBS IN YOUR HOUSEHOLD AND
   COMPLETE THE FOLLOWING FOR EACH JOB:

| HOUSEHOLD MEMBER'S FULL NAME | AMOUNT OF YEARLY INCOME | EMPLOYER NAME AND ADDRESS | EMPLOYER PHONE NO. |
|---|---|---|---|
| Charles Corell | 57062.12 | Carraige house Fredonia NY 14063 | (716) 673-1000 |
| | | | (   ) |
| | | | (   ) |

**\* \* \* COMPLETE 2ND PAGE OF THIS FORM \* \* \***

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0575-0172. The time required to complete this information collection is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

**\*00550003453889311301250NY1\***

\*42000001102\* L1011007

Form RD 3550-21
(03-06)

**RURAL HOUSING SERVICE**
**PAYMENT SUBSIDY RENEWAL CERTIFICATION**

**RECEIVED**
APR 25 2013
Imaging Processing Unit

FORM APPROVED
OMB NO. 0575-0172

04/12/13

ANGELICA L PARKS
2864 EAST LAKE ROAD
DUNKIRK      NY 14048

**Please provide the following information in ink. IF ANY REQUESTED INFORMATION IS NOT PROVIDED, YOUR PAYMENT SUBSIDY REQUEST CANNOT BE PROCESSED!**

The information I (we) have provided is complete and true to the best of my (our) knowledge.  I (we) understand that the information below is being collected to determine if I am (we are) eligible to receive payment subsidies and that failure to provide complete and accurate information can result in criminal and civil penalties.

_Angelica Parks_  4/20/12

| Borrower Signature | Date | Borrower Signature | Date |

Home Phone No: (716) 753-6841 _____    Alternate Phone or Work No: (   )

**YOU MUST RETURN THIS FORM (NOT A COPY) BY MAIL.  DO NOT FAX!**

**1. ALL ADULT HOUSEHOLD MEMBERS MUST SIGN AN "AUTHORIZATION TO RELEASE INFORMATION" FORM 3550-1**

**2. PLEASE FILL OUT THE FOLLOWING SECTION COMPLETELY:**

| HOUSEHOLD MEMBER'S FULL NAME - BEGIN WITH YOURSELF | RELATIONSHIP TO THE HEAD | AGE | SOCIAL SECURITY NUMBER | EMPLOYED YES / NO | FULL TIME STUDENT YES / NO | DISABLED YES / NO |
|---|---|---|---|---|---|---|
| Angelica L Parks | SELF | | | X | | X |
| Kenneth E Parks | Child | | | X | X | X |
| Andrew C Parks | Child | | | X | X | X |
| Kali A Parks Rossler | Child | | | X | X | NO |

**3.** Yes X    No ___ Did anyone living in your household file Federal Income Tax last year?
YOU MUST INCLUDE A COPY OF LAST YEAR'S IRS FORM(S) 1040, 1040EZ, 1040A, OR TELEFILE TAX RECORDS FOR ALL ADULT HOUSEHOLD MEMBERS WHO FILED.  *DO NOT SEND  FORM 8453!!!*

**4.** Yes ___    No Y is anyone living in your household self-employed?
IF YES -- YOU MUST INCLUDE A COPY OF LAST YEAR'S FEDERAL INCOME TAX SCHEDULE FOR C OR F.

**5.** $ 2300°° ?_____ Amount of Real Estate Taxes due each year.       I am exempt from paying.

**6.** $ 1700.00 ?_____ Amount of Property Insurance paid each year.       I do not have insurance.

**7. ATTACH THE TWO (2) MOST RECENT AND CONSECUTIVE PAY STUBS FOR ALL JOBS IN YOUR HOUSEHOLD AND COMPLETE THE FOLLOWING FOR EACH JOB:**

| HOUSEHOLD MEMBER'S FULL NAME | AMOUNT OF YEARLY INCOME | EMPLOYER  NAME AND ADDRESS | EMPLOYER PHONE NO. |
|---|---|---|---|
| Unemployed | | | (   ) |
| | | | (   ) |
| | | | (   ) |

**\* \* \* COMPLETE 2ND PAGE OF THIS FORM \* \* \***

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.  The valid OMB control number for this information collection is 0575-0172.  The time required to complete this information collection is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

Form RD 3550-21
(03-06)     10/30/17

**RURAL HOUSING SERVICE**
**PAYMENT SUBSIDY RENEWAL CERTIFICATION**

RECEIVED

FORM APPROVED
OMB NO. 0575-0172

ANGELICA L PARKS
2864 EAST LAKE ROAD
DUNKIRK     NY 14048

MAY 1 0 2013

SFH·3·FEPS

04/30/13

Please provide the following information in ink. IF ANY REQUESTED INFORMATION IS NOT PROVIDED,
YOUR PAYMENT SUBSIDY REQUEST CANNOT BE PROCESSED!

The information I (we) have provided is complete and true to the best of my (our) knowledge. I (we) understand that the
information below is being collected to determine if I am (we are) eligible to receive payment subsidies and that failure to
provide complete and accurate information can result in criminal and civil penalties.

_Angelica Parks_          5/7/13
Borrower Signature          Date          Borrower Signature          Date

Home Phone No: (716) 753-6841          Alternate Phone or Work No: (   )
YOU MUST RETURN THIS FORM (NOT A COPY) BY MAIL. DO NOT FAX!

1. ALL ADULT HOUSEHOLD MEMBERS MUST SIGN AN "AUTHORIZATION TO RELEASE INFORMATION" FORM 3550-1

2. PLEASE FILL OUT THE FOLLOWING SECTION COMPLETELY:

| HOUSEHOLD MEMBER'S FULL NAME - BEGIN WITH YOURSELF | RELATIONSHIP TO THE HEAD | AGE | SOCIAL SECURITY NUMBER | EMPLOYED YES / NO | FULL TIME STUDENT YES / NO | DISABLED YES / NO |
|---|---|---|---|---|---|---|
| Angelica Parks | Self | | | | | |
| Kennedy Parks | Child | | | | | |
| Andrew Parks | Child | | | | | |
| Kali Parks-Lessler | Child | | | | | |

3. Yes  X   No___  Did anyone living in your household file Federal Income Tax last year?
YOU MUST INCLUDE A COPY OF LAST YEAR'S IRS FORM(S) 1040, 1040EZ, 1040A, OR TELEFILE TAX RECORDS
FOR ALL ADULT HOUSEHOLD MEMBERS WHO FILED.  DO NOT SEND FORM 8453!!!

4. Yes ___  No X  Is anyone living in your household self-employed?
IF YES – YOU MUST INCLUDE A COPY OF LAST YEAR'S FEDERAL INCOME TAX SCHEDULE FOR C OR F.

5. $ 3087.36 Amount of Real Estate Taxes due each year.          I am exempt from paying.

6. $ 1200.00 Amount of Property insurance paid each year.          I do not have insurance.

7. ATTACH THE TWO (2) MOST RECENT AND CONSECUTIVE PAY STUBS FOR ALL JOBS IN YOUR HOUSEHOLD AND
COMPLETE THE FOLLOWING FOR EACH JOB:

| HOUSEHOLD MEMBER'S FULL NAME | AMOUNT OF YEARLY INCOME | EMPLOYER NAME AND ADDRESS | EMPLOYER PHONE NO. |
|---|---|---|---|
| Unemployed | | | (   ) |
| | | | (   ) |
| | | | (   ) |

**\* \* \* COMPLETE 2ND PAGE OF THIS FORM \* \* \***

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB
control number for this information collection is 0575-0172. The time required to complete this information collection is estimated to average 30 minutes per response, including the
time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

**\*005500034538893113043 0NY2\***

\*HR000016003\* L1011003

Form RD 3550-21
(03-06)

**13**

**RURAL HOUSING SERVICE**
**PAYMENT SUBSIDY RENEWAL CERTIFICATION**

FORM APPROVED
OMB NO. 0575-0172

RECEIVED
AUG 16 2013
Front-End Processing Unit

ANGELICA L PARKS
2864 EAST LAKE ROAD
DUNKIRK    NY 14048

08/07/13

**Please provide the following information in ink. IF ANY REQUESTED INFORMATION IS NOT PROVIDED, YOUR PAYMENT SUBSIDY REQUEST CANNOT BE PROCESSED!**

The information I (we) have provided is complete and true to the best of my (our) knowledge. I (we) understand that the information below is being collected to determine if I am (we are) eligible to receive payment subsidies and that failure to provide complete and accurate information can result in criminal and civil penalties.

*Angelica Parks*            8/12/13
Borrower Signature            Date            Borrower Signature            Date

Home Phone No: (716) 753-6841            Alternate Phone or Work No: (   )

**YOU MUST RETURN THIS FORM (NOT A COPY) BY MAIL. DO NOT FAX!**

**1. ALL ADULT HOUSEHOLD MEMBERS MUST SIGN AN "AUTHORIZATION TO RELEASE INFORMATION" FORM 3550-1**

**2. PLEASE FILL OUT THE FOLLOWING SECTION COMPLETELY:**

| HOUSEHOLD MEMBER'S FULL NAME - BEGIN WITH YOURSELF | RELATIONSHIP TO THE HEAD | AGE | SOCIAL SECURITY NUMBER | EMPLOYED YES / NO | FULL TIME STUDENT YES / NO | DISABLED YES / NO |
|---|---|---|---|---|---|---|
| Angelica Parks | SELF | | | X | | X |
| Kennedi Parks | Child | | | X | X | |
| Andrew Parks | Child | | | X | X | X |
| Kali Parks | Child | | | X | X | X |

**3. Yes** X **No___** Did anyone living in your household file Federal Income Tax last year?
**YOU MUST INCLUDE A COPY OF LAST YEAR'S IRS FORM(S) 1040, 1040EZ, 1040A, OR TELEFILE TAX RECORDS FOR ALL ADULT HOUSEHOLD MEMBERS WHO FILED. DO NOT SEND FORM 8453!!!**

**4. Yes ___ No** X Is anyone living in your household self-employed?
**IF YES -- YOU MUST INCLUDE A COPY OF LAST YEAR'S FEDERAL INCOME TAX SCHEDULE FOR C OR F.**

**5. $ 2800⁰⁰** Amount of Real Estate Taxes due each year.            I am exempt from paying.

**6. $ 890⁰⁰** Amount of Property Insurance paid each year.            I do not have insurance.

**7. ATTACH THE TWO (2) MOST RECENT AND CONSECUTIVE PAY STUBS FOR ALL JOBS IN YOUR HOUSEHOLD AND COMPLETE THE FOLLOWING FOR EACH JOB:**

| HOUSEHOLD MEMBER'S FULL NAME | AMOUNT OF YEARLY INCOME | EMPLOYER NAME AND ADDRESS | EMPLOYER PHONE NO. |
|---|---|---|---|
| | | | (   ) |
| | | | (   ) |
| | | | (   ) |

**★★★ COMPLETE 2ND PAGE OF THIS FORM ★★★**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0575-0172. The time required to complete this information collection is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

*0055000345388931131006NY3*

Form RD 3550-21
(03-06)

**RURAL HOUSING SERVICE**
**PAYMENT SUBSIDY RENEWAL CERTIFICATION**

FORM APPROVED
OMB NO. 0575-0172

ANGELICA L PARKS
2864 EAST LAKE ROAD
DUNKIRK          NY 14048

RECEIVED

FEB 28 2014

Front-End Processing Unit

3
2
02/04/14

Please provide the following information in ink. IF ANY REQUESTED INFORMATION IS NOT PROVIDED,
YOUR PAYMENT SUBSIDY REQUEST CANNOT BE PROCESSED!

The information I (we) have provided is complete and true to the best of my (our) knowledge. I (we) understand that the
information below is being collected to determine if I am (we are) eligible to receive payment subsidies and that failure to
provide complete and accurate information can result in criminal and civil penalties.

| Angelica L Parks    2/25/14 | | | |
|---|---|---|---|
| Borrower Signature | Date | Borrower Signature | Date |

Home Phone No: ( 716 ) 753-6841 _____    Alternate Phone or Work No: ( )

**YOU MUST RETURN THIS FORM (NOT A COPY) BY MAIL. DO NOT FAX!**

1. ALL ADULT HOUSEHOLD MEMBERS MUST SIGN AN "AUTHORIZATION TO RELEASE INFORMATION" FORM 3550-1

2. PLEASE FILL OUT THE FOLLOWING SECTION COMPLETELY:

| HOUSEHOLD MEMBER'S FULL NAME - BEGIN WITH YOURSELF | RELATIONSHIP TO THE HEAD | AGE | SOCIAL SECURITY NUMBER | EMPLOYED YES / NO | FULL TIME STUDENT YES / NO | DISABLED YES / NO |
|---|---|---|---|---|---|---|
| Angelica Parks | SELF | | | | | |
| Kennedy Parks | child | | | X | X  X | X |
| Andrew Parks | child | | | X | | X |
| Kali Parks Kessler | child | | | X | | X |

3. Yes _X_ No___ Did anyone living in your household file Federal Income Tax last year?
   **YOU MUST INCLUDE A COPY OF LAST YEAR'S IRS FORM(S) 1040, 1040EZ, 1040A, OR TELEFILE TAX RECORDS
   FOR ALL ADULT HOUSEHOLD MEMBERS WHO FILED. DO NOT SEND FORM 8453!!!**

4. Yes ___ No _X_ Is anyone living in your household self-employed?
   IF YES -- YOU MUST INCLUDE A COPY OF LAST YEAR'S FEDERAL INCOME TAX SCHEDULE FOR C OR F.

5. $ 3200 ⁰⁰ ?    Amount of Real Estate Taxes due each year.          I am exempt from paying.

6. $ 1700 ⁰⁰ ?    Amount of Property Insurance paid each year.        I do not have insurance.

7. ATTACH THE TWO (2) MOST RECENT AND CONSECUTIVE PAY STUBS FOR ALL JOBS IN YOUR HOUSEHOLD AND
   COMPLETE THE FOLLOWING FOR EACH JOB:

| HOUSEHOLD MEMBER'S FULL NAME | AMOUNT OF YEARLY INCOME | EMPLOYER NAME AND ADDRESS | EMPLOYER PHONE NO. |
|---|---|---|---|
| Unemployed | | | ( ) |
| | | | ( ) |
| | | | ( ) |
| | | | ( ) |

**\* \* \* COMPLETE 2ND PAGE OF THIS FORM \* \* \***

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0575-0172. The time required to complete this information collection is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

**\*0055000345388931140405NY3\***

Form RD 3550-21
(03-06)

**RURAL HOUSING SERVICE**
**PAYMENT SUBSIDY RENEWAL CERTIFICATION**

FORM APPROVED
OMB NO. 0575-0172

ANGELICA L PARKS
2864 EAST LAKE ROAD
DUNKIRK        NY 14048

RECEIVED

NOV 2 4 2014

EFMB/FEPS

11/03/14

Please provide the following information in ink. **IF ANY REQUESTED INFORMATION IS NOT PROVIDED,
YOUR PAYMENT SUBSIDY REQUEST CANNOT BE PROCESSED!**

The information I (we) have provided is complete and true to the best of my (our) knowledge.  I (we) understand that the
information below is being collected to determine if I am (we are) eligible to receive payment subsidies and that failure to
provide complete and accurate information can result in criminal and civil penalties.

_Angelica Parks_  11-4-14
Borrower Signature                    Date                    Borrower Signature                    Date

Home Phone No: (716) 753 6841          Alternate Phone or Work No: (      )
**YOU MUST RETURN THIS FORM (NOT A COPY) BY MAIL.  DO NOT FAX!**

1. **ALL ADULT HOUSEHOLD MEMBERS MUST SIGN AN "AUTHORIZATION TO RELEASE INFORMATION" FORM 3550-1**
2. **PLEASE FILL OUT THE FOLLOWING SECTION COMPLETELY:**

| HOUSEHOLD MEMBER'S FULL NAME - BEGIN WITH YOURSELF | RELATIONSHIP TO THE HEAD | AGE | SOCIAL SECURITY NUMBER | EMPLOYED YES / NO | FULL TIME STUDENT YES / NO | DISABLED YES / NO |
|---|---|---|---|---|---|---|
| Angelica Parks | Self |  |  | ✓ |  | ✓ |
| Kennedy Parks | Child |  |  | ✓ | ✓ |  |
| Andrew Parks | Child |  |  | ✓ | ✓ | ✓ |
| Kali Parks | Child |  |  | ✓ | ✓ | ✓ |

3. Yes ✓   No___  Did anyone living in your household file Federal Income Tax last year?
   **YOU MUST INCLUDE A COPY OF LAST YEAR'S IRS FORM(S) 1040, 1040EZ, 1040A, OR TELEFILE TAX RECORDS
   FOR ALL ADULT HOUSEHOLD MEMBERS WHO FILED.  DO NOT SEND  FORM 8453!!!**

4. Yes ___   No ✓  Is anyone living in your household self-employed?
   **IF YES – YOU MUST INCLUDE A COPY OF LAST YEAR'S FEDERAL INCOME TAX SCHEDULE FOR C OR F.**

5. $ 2800-     Amount of Real Estate Taxes due each year.          I am exempt from paying.

6. $ 1200-     Amount of Property Insurance paid each year.        I do not have insurance.

7. **ATTACH THE TWO (2) MOST RECENT AND CONSECUTIVE PAY STUBS FOR ALL JOBS IN YOUR HOUSEHOLD AND
   COMPLETE THE FOLLOWING FOR EACH JOB:**

| HOUSEHOLD MEMBER'S FULL NAME | AMOUNT OF YEARLY INCOME | EMPLOYER  NAME AND ADDRESS | EMPLOYER PHONE NO. |
|---|---|---|---|
|  |  |  | (      ) |
|  |  |  | (      ) |
|  |  |  | (      ) |

## * * * COMPLETE 2ND PAGE OF THIS FORM * * *

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.  The valid OMB control number for this information collection is 0575-0172.  The time required to complete this information collection is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

*0055000345388931141006NY3*

Form RD 3550-12
(Rev. 9-06)

**United States Department of Agriculture**
**Rural Housing Service**

Form Approved
OMB No. 0575-0172

Account :

## SUBSIDY REPAYMENT AGREEMENT

Only one agreement should be executed by the subject borrower for the subject property. The agreement is completed at the closing of the first Agency loan to the borrower regardless of whether or not they qualify for payment assistance at that time.

1. As required under section 521 of the Housing Act of 1949 (42 U.S.C. 1490a), subsidy received in accordance with a loan under section 502 of the Housing Act of 1949 is repayable to the Government upon the disposition or nonoccupancy of the security property. Deferred mortgage payments are included as subsidy under this agreement.

2. When I fail to occupy or transfer title to my home, recapture is due. If I refinance or otherwise pay in full without transfer of title and continue to occupy the property, the amount of recapture will be calculated but; payment of recapture can be deferred, interest free, until the property is subsequently sold or vacated. If deferred, the Government mortgage can be subordinated but will not be released nor the promissory note satisfied until the Government is paid in full. In situations where deferment of recapture is an option, recapture will be discounted 25% if paid in full at time of settlement.

3. Calculating Original Equity.

For Self-Help loans, the market value is the appraised value as determined at the time of loan approval/obligation, which is subject to completion per plans and specifications. If the house is not ultimately furnished under the Self-Help program, an amended agreement using the market value definition for all other transactions as outlined below must be completed.

For all other transactions, the market value is the lower of the:

> Sales price, construction/rehabilitation cost, or total of these costs, whichever is applicable
> OR
> Appraised value as determined at the time of loan approval/obligation.

If the applicant owns the building site free and clear or if an existing non-Agency debt on the site without a dwelling will not be refinanced with Agency funds, the market value will be the lower of the appraised value or the construction cost plus the value of the site.

Market value of property located at:

<u>2864 East Lake Road</u>
<u>Dunkirk, NY    14048</u>                  $ <u>142,865.00</u>

| | | | |
|---|---|---|---|
| Less Prior Liens | $_____ | Held by | _____ |
| | $_____ | Held by | _____ |
| Less Subordinate Affordable Housing Products | $_____ | Held by | _____ |
| | $_____ | Held by | _____ |
| Less Rural Development Single Family Housing Loans | $ 142,030.00 | | |
| Equals Original Equity (If negative number use "0") | $ 835.00 | | |

Percent of Original Equity                      $_____ %
(Determined by dividing original equity by the market value)

4. If all loans are not subject to recapture, or if all loans subject to recapture are not being paid, the amount to be recaptured is computed according to the following formula. Divide the balance of loans subject to recapture that are being paid by the balance of all open loans. Multiply the result by 100 to determine the percent of the outstanding balance of open loans being paid.

*According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0575-0172. The time required to complete this information collection is estimated to average 5 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.*

5.

| months loan outstanding | 1 % | 1.1 2% | 2.1 3% | 3.1 4% | Average interest rate paid 4.1 5% | 5.1 6% | 6.1 7% | >7% |
|---|---|---|---|---|---|---|---|---|
| 0 - 59 | .50 | .50 | .50 | .50 | .44 | .32 | .22 | .11 |
| 60 - 119 | .50 | .50 | .50 | .49 | .42 | .31 | .21 | .11 |
| 120 - 179 | .50 | .50 | .50 | .48 | .40 | .30 | .20 | .10 |
| 180 - 239 | .50 | .50 | .49 | .42 | .36 | .26 | .18 | .09 |
| 240 - 299 | .50 | .50 | .46 | .38 | .33 | .24 | .17 | .09 |
| 300 - 359 | .50 | .45 | .40 | .34 | .29 | .21 | .14 | .09 |
| 360 & up | .47 | .40 | .36 | .31 | .26 | .19 | .13 | .09 |

6. Calculating Recapture

Current Market value

LESS

Original amount of prior liens and subordinate affordable housing products,
RHS balance,
Reasonable closing costs,
Principal reduction at note rate,
Original equity (see paragraph 3), and
Capital improvements (see 7 CFR part 3550).

EQUALS

Appreciation value. (If this is a positive value, continue.)

TIMES

Percentage in paragraph 4 (if applicable),
Percentage in paragraph 5, and
Return on borrower's original equity (100% - percentage in paragraph 3).

EQUALS

Value appreciation subject to recapture. Recapture due equals the lesser of this figure or
the amount of subsidy received.

Borrower agrees to pay recapture in accordance with this agreement.

| Borrower *Angelica A Parks* | Date 03-06-2007 |
|---|---|
| Borrower | Date 03-06-2007 |

**EXHIBIT D**



**United States
Department of
Agriculture**

***Rural Development***
Centralized Servicing Center
P.O. Box 66827
St. Louis, MO 63166
*(800) 793-8861 (Voice)*
*(800) 438-1832 (TDD/TTY Hearing Impaired Only) or*
*(314) 457-4450 (FAX)*



<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

ANGELICA L PARKS
2864 EAST LAKE ROAD
DUNKIRK                 NY 14048

SUBJECT:  NOTICE OF ACCELERATION OF YOUR MORTGAGE LOAN(S); DEMAND FOR PAYMENT OF
THAT DEBT; NOTICE OF INTENT TO FORECLOSE; AND NOTICE OF YOUR  OPPORTUNITY
TO HAVE A HEARING CONCERNING THIS ACTION

Dear   ANGELICA L PARKS

PLEASE TAKE NOTE that the entire indebtedness due on the promissory note(s) and/or assumption
agreement(s) which evidence the loan(s) received by you from the United States of America, acting
through the United States Department of Agriculture Rural Housing Service (RHS), formerly Farmers
Home Administration, is now declared immediately due and payable and demand is hereby made on
you to pay this entire indebtedness.  If payment in full is not made as demanded herein, the RHS
intends to enforce its real estate mortgage(s) or deed(s) of trust given to secure the indebtedness
by foreclosure of its lien(s) on your house.

| <u>Account Number(s)</u> | <u>Date of Instruments</u> | <u>Amount</u> |
|---|---|---|
| | 03/06/07 | 142030.00 |

This acceleration of your indebtedness is made in accordance with the authority granted in the
above-described instrument(s).  The reason(s) for the acceleration of your indebtedness is (are)
as follows:

MONETARY DEFAULT

The balance of the account is $  127595.49         unpaid principal and
$ 6616.93           unpaid interest, as of  04/27/15, plus additional interest accruing at the rate
of  $ 20.1007           per day thereafter, plus additional advances to be made by the United States
for the protection of its security, the interest accruing on any such advances, fees, or late charges,
and the amount of subsidy to be recaptured in accordance with the Subsidy Repayment Agreement.

USDA is an equal opportunity provider and employer.

If you wish to file a Civil Rights program complaint of discrimination, complete the USDA Program Discrimination Complaint Form, found
online at http://www.ascr.usda.gov/complaint_filing_cust.html, or at any USDA office, or call (866) 632-9992 to request the form. You may
also write a letter containing all of the information requested in the form. Send your completed complaint form or letter to us by mail at U.S.
Department of Agriculture, Director, Office of Adjudication, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, by fax (202)
690-7442 or email at program.intake@usda.gov.

*F2000004202* L9051SSP

Unless full payment of this indebtedness is received within 30 days from the date of this letter, the United States will take action to foreclose its lien on your house and to pursue any other available remedies. **Payment should be made by cashier's check, certified check, or postal money orders payable to the USDA/RD and mailed to the following address:**

USDA-Rural Development
P.O. Box 790170
St. Louis, MO 63179-0170

If you submit to the United States any payment insufficient to pay the account in full or insufficient to comply with any arrangements agreed to between the RHS and yourself, the payment WILL NOT CANCEL the effect of this notice. If insufficient payments are received and credited to your account, no waiver or prejudice of any rights which the United States may have will result and the RHS may proceed as though no such payments had been made.

**YOUR RIGHT TO A DISCUSSION WITH RHS** - You have the opportunity to discuss this decision to accelerate your loan(s) with a RHS official or have an administrative appeal hearing before the foreclosure takes place. This is an opportunity to discuss why you believe the United States is in error in accelerating your loan(s) and proceeding with foreclosure. If you desire to have an informal discussion with an RHS official or have any questions concerning this decision or the facts used in making this decision, you should contact this office in writing. The request for an informal discussion must be sent to the undersigned no later than    05/12/15  . Requests which are postmarked by the U. S. Postal Service on or before that date will be considered as timely received. You also have the right to an administrative appeal hearing with a hearing officer instead of, or in addition to, an informal discussion with this office. If you request an informal discussion with an RHS official, and this does not result in a decision in which you concur, you will be given a separate time frame in which to submit your request for an administrative appeal. See the attachment for your appeal rights.)

**YOUR RIGHT TO AN ADMINISTRATIVE APPEAL HEARING** - If you do not wish to have an informal discussion with an RHS official as outlined above, you may request an administrative appeal with a member of the National Appeals Division Area Supervisor, no later than 30 days after the date on which you received this notice. Requests which are postmarked by the U.S. Postal Service on or before that date will be considered as timely received as requesting an administrative appeal. Please include a copy of this letter with your request.

If you fail to comply with the requirement outlined, the United States plans to proceed with foreclosure. You may avoid foreclosure by (1) refinancing your RHS loan(s) with a private or commercial lender or otherwise paying your indebtedness in full; (2) selling the property for its fair market value and applying the proceeds to your loan(s); (3) transferring the loan(s) and property to an eligible or ineligible applicant with RHS approval; or (4) conveying the property to the Government with RHS approval. Please contact our Centralized Servicing Center office at 1-800-793-8861, if you desire to satisfy your loan(s) by one of the above methods.

You cannot be discriminated against in a credit transaction because of your race, color, religion, national origin, sex, marital status, handicap, or age (if you have the legal capacity to enter into a contract). You cannot be denied a loan because all or a part of your income is from a public assistance program. If you believe you have been discriminated against for any of these reasons, you should write to the Secretary of Agriculture, Washington, D.C. 20250.

You cannot be discriminated against in a credit transaction because you in good faith exercised your rights under the Consumer Credit Protection Act. The Federal Agency responsible for seeing this law is obeyed is the Federal Trade Commission, Washington, D.C. 20580.

For questions regarding your account, please call Default Management toll free at 1-800-793-8861 or 1-800-438-1832 (TDD/TTY Hearing Impaired Only), 7:00 a.m. to 5:00 p.m., Monday through Friday, Central Time. Please refer to your Account number when you write or call us. Thank you.

UNITED STATES OF AMERICA
BY

Thomas B Herron
Director, Default Management Branch
Rural Development
United States Department of Agriculture

Date:    04/27/15
Attachment
CC:    State Office

This letter was mailed certified and regular mail on    04/27/15.

*F2000004204* L9051SSP



USPS CERTIFIED MAIL

CERTIFIED MAIL

9207 1969 0087 3050 8193 05

Article Addressed To:

ANGELICA L PARKS

2864 EAST LAKE ROAD
DUNKIRK, NY 14048

PS Form 3800, 8/06

COMPLETE THIS SECTION ON DELIVERY

A. Signature: (☐Addressee or ☐Agent)
X

B. Received by: (Please Print Clearly)

C. Date of Delivery

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City

Sender:
USDA RURAL DEVELOPMENT
FC214 ACCELERATIONS
4300 GOODFELLOW BLVD BLDG
105ECSC
SAINT LOUIS, MO 63120-1703

UNCLAIMED

USPOSTAGE
$06.480
JAN 29 2015
ZIP 63120
011473
21 3002622