**EXHIBIT E**

United States Department of
Agriculture
PO Box 66889
St. Louis, Missouri 63166

Covers:  Same premises as No. 1.

---

3.    Angelica L. Parks                     Mortgage to secure: $13,616.15

                                            Dated:  May 17, 2013
                                            Ack.:    May 17, 2013
                -To-                        Rec.:    October 9, 2014
                                            Instrument No. MT2014003912

New York State Affordable
Housing Corporation
641 Lexington Avenue
AHC ID#1K99
New York, NY 10022

Covers:  Same premises as No. 1.

---

4.    Angelica L. Parks                     Mortgage to secure: $14,576.15

                                            Dated: May 17, 2013
                                            Ack.:  May 17, 2013
                -To-                        Rec.: April 24, 2015
                                            Instrument No. MT2015002070

Chautauqua Opportunities, Inc.
17 W. Courtney Street
Dunkirk, NY 14048

Covers:  Same premises as No. 1.

---

**EXHIBIT F**

**USDA**

**United States Department of Agriculture**

January 12, 2017

Ms. Angelica L. Parks
2864 East Lake Rd.
Dunkirk, NY 14048

YOU MAY BE AT RISK OF FORECLOSURE. PLEASE READ THE
FOLLOWING NOTICE CAREFULLY.

As of January 12, 2017, your home loan is 921 days and $41,736.94 dollars in
default. Under New York State Law, we are required to send you this notice to
inform you that you are at risk of losing your home. Attached to this notice is a list
of government approved housing counseling agencies in your area which provide
free counseling. You can also call the NYS Office of the Attorney General's
Homeowner Protection Program (HOPP) toll-free consumer hotline to be
connected to free housing counseling services in your area at 1-855-HOME-456
(1-855-466-3456), or visit their website at http://www.aghomehelp.com/. A
statewide listing by county is also available at
http://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agencies.htm. Qualified
free help is available; watch out for companies or people who charge a fee for
these services.

Housing counselors from New York-based agencies listed on the website above are
trained to help homeowners who are having problems making their mortgage
payments and can help you find the best option for your situation. If you wish, you
may also contact us directly at 315-477-6423 and ask to discuss possible options.

**Rural Development • New York State Office**
**Single Family Housing Division**
441 South Salina Street, Suite 357 • Syracuse, NY 13202
Voice (315) 477-6423 • Fax (855) 477-8531 • TDD 800-421-1220 (711)

USDA is an equal opportunity provider, employer, and lender.

If you wish to file a Civil Rights program complaint of discrimination, complete the USDA Program Discrimination Complaint Form (AD-3027), found online
at http://www.ascr.usda.gov/complaint_filing_cust.html, or at any USDA office, or call (866) 632-9992 to request the form. You may also write a letter
containing all of the information requested in the form. Send your completed complaint form or letter to us by mail at U.S. Department of Agriculture,
Director, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, by fax (202) 690-7442 or
email at program.intake@usda.gov.

While we cannot assure that a mutually agreeable resolution is possible, we encourage you to take immediate steps to try to achieve a resolution. The longer you wait, the fewer options you may have.

If you have not taken any actions to resolve this matter within 90 days from the date this notice was mailed, we may commence legal action against you (or sooner if you cease to live in the dwelling as your primary residence.)

If you need further information, please call the New York State Department of Financial Services' toll-free helpline at (show number) or visit the Department's website at (show web address).

IMPORTANT: You have the right to remain in your home until you receive a court order telling you to leave the property. If a foreclosure action is filed against you in court, you still have the right to remain in the home until a court orders you to leave. You legally remain the owner of and are responsible for the property until the property is sold by you or by order of the court at the conclusion of any foreclosure proceedings. This notice is not an eviction notice, and a foreclosure action has not yet been commenced against you.

Sincerely,


CARLA A. REESE
SFH Specialist

**USDA**

**United States Department of Agriculture**

Certified Mail #70121640000042787221

January 12, 2017

Ms. Angelica L. Parks
2864 East Lake Rd.
Dunkirk, NY 14048

YOU MAY BE AT RISK OF FORECLOSURE. PLEASE READ THE
FOLLOWING NOTICE CAREFULLY.

As of January 12, 2017, your home loan is 921 days and $41,736.94 dollars in
default. Under New York State Law, we are required to send you this notice to
inform you that you are at risk of losing your home. Attached to this notice is a list
of government approved housing counseling agencies in your area which provide
free counseling. You can also call the NYS Office of the Attorney General's
Homeowner Protection Program (HOPP) toll-free consumer hotline to be
connected to free housing counseling services in your area at 1-855-HOME-456
(1-855-466-3456), or visit their website at http://www.aghomehelp.com/. A
statewide listing by county is also available at
http://www.dfs.ny.gov/consumer/mortg nys np counseling agencies.htm. Qualified
free help is available; watch out for companies or people who charge a fee for
these services.

Housing counselors from New York-based agencies listed on the website above are
trained to help homeowners who are having problems making their mortgage

**Rural Development • New York State Office**
**Single Family Housing Division**
441 South Salina Street, Suite 357 • Syracuse, NY 13202
Voice (315) 477-6423 • Fax (855) 477-8531 • TDD 800-421-1220 (711)

USDA is an equal opportunity provider, employer, and lender.

If you wish to file a Civil Rights program complaint of discrimination, complete the USDA Program Discrimination Complaint Form (AD-3027), found online at http://www.ascr.usda.gov/complaint_filing_cust.html, or at any USDA office, or call (866) 632-9992 to request the form. You may also write a letter containing all of the information requested in the form. Send your completed complaint form or letter to us by mail at U.S. Department of Agriculture, Director, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, by fax (202) 690-7442 or email at program.intake@usda.gov.

payments and can help you find the best option for your situation. If you wish, you may also contact us directly at 315-477-6423 and ask to discuss possible options.

While we cannot assure that a mutually agreeable resolution is possible, we encourage you to take immediate steps to try to achieve a resolution. The longer you wait, the fewer options you may have.

If you have not taken any actions to resolve this matter within 90 days from the date this notice was mailed, we may commence legal action against you (or sooner if you cease to live in the dwelling as your primary residence.)

If you need further information, please call the New York State Department of Financial Services' toll-free helpline at (show number) or visit the Department's website at (show web address).

IMPORTANT: You have the right to remain in your home until you receive a court order telling you to leave the property. If a foreclosure action is filed against you in court, you still have the right to remain in the home until a court orders you to leave. You legally remain the owner of and are responsible for the property until the property is sold by you or by order of the court at the conclusion of any foreclosure proceedings. This notice is not an eviction notice, and a foreclosure action has not yet been commenced against you.

Sincerely,


CARLA A. REESE
SFH Specialist



CERTIFIED MAIL

7012 1640 0000 4278 7221

Return Receipt Requested

Ms. Angelica L. Parks
2864 East Lake Rd.
Dunkirk, NY 14048

NIXIE            482        DE 1        0002/05/17

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 13202244999        2160035164-00449



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Angelica L. Parks
2864 East Lake Rd
Dunkirk NY 14048

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7012 1640 0000 4278 7221

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

U.S. Postal Service™
**CERTIFIED MAIL. RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

DOWNTOWN STA. SYRACUSE N.Y.
JAN 1 2 2017
USPS

Sent To  Angelica L Parks
Street, Apt. No.; or PO Box No.  2864 East Lake Rd
City, State, ZIP+4  Dunkirk, NY 14048

PS Form 3800, August 2006                 See Reverse for Instructions

**EXHIBIT G**



**New York State Department of Financial Services**
One State Street Plaza, New York, NY 10004

Proof of Filing Statement

To Whom It May Concern:

Section 1306 of the Real Property Actions and Proceedings Law (RPAPL) requires lenders, assignees or mortgage loan servicers servicing loans on 1-to-4 family residential properties in New York State to file certain information with the Superintendent of the Department Financial Services within three days after the mailing of a 90-Day Pre-Foreclosure Notice.

The information below pertains to a filing submitted to the Department of Financial Services as required in Section 1306 of RPAPL. The information is presented as filed by the lender, assignee or mortgage loan servicer.

**Filer Information:**

| | |
|---|---|
| Name | : USDA Rural Development |
| Address | : 441 South Salina St., Suite 357 |
| | Syracuse NY 13202 |

**Filing Information:**

| | |
|---|---|
| Tracking Number | : NYS4140368 |
| Mailing Date Step 1 | : 12-JAN-17 12.00.00.000 AM |
| Mailing Date Step 2 | : |
| Judgment Date Step 3 | : |
| Filing Date Step 1 | : 12-JAN-17 02.35.34.000 PM |
| Filing Date Step 1 Orig | : 12-JAN-17 02.35.34.000 PM |
| Filing Date Step 2 | : |
| Filing Date Step 3 | : |
| Owner Occupd at Jdgmnt | : |
| Property Type | : 1 to 4 Family Home |
| Property Address | : 2864 East Lake Rd.  Dunkirk |
| | NY 14048 |
| County | : Chautauqua |
| Date of Original Loan | : 06-MAR-07 12.00.00.000 AM |
| Amt of Original Loan | : 142030 |
| Loan Number Step 1 | : |
| Loan Number Step 2 | : |
| Loan Reset Frequency | : |
| Loan Type | : 1st Lien |
| Loan Details | : Fixed Rate |
| Loan Term | : Other |
| Loan Modification | : No Modification |
| Days Delinquent | : Other |
| Borrower's Name | : Angelica L Parks |
| Address | : 2864 East Lake Rd. |
| | Dunkirk  14048 |
| Borrower's Phone No | : 7167536841 |
| Filing Status | : Step 1 Completed |

Sincerely,

New York State Department of Financial Services

VERIFICATION

STATE OF NEW YORK   )
                    )          ) ss:
COUNTY OF MONROE    )

Robert J. Kalb, being duly sworn, deposes and says:

1.    I am an Attorney duly admitted to practice in the Federal Courts of the Western District of the State of New York and have read the foregoing Complaint.

2.  The allegations of the Complaint are true, except those matters alleged-on information and belief, and those matters I believe to be true. The grounds of my knowledge and the sources of my information and belief are records of the Rural Housing Service, formerly known as the Farmers Home Administration and public records.

3.    This verification is made by me and not by Plaintiff because the United States of America is a sovereign.

S/Robert J. Kalb
_____
FORSYTH, HOWE, O'DWYER,
KALB & MURPHY, P.C.
One South Clinton Avenue, Suite 1000
Rochester, NY 14604
(585) 325-7515; Fax:  (585) 325-6287
Email:  Kalb@forsythhowe.com

Sworn to and subscribed before me
On this day:
November 28, 2017
_____
Notary Public
          DORENE R. MAYER
    Notary Public State of New York
    County of Monroe, #01MA5032253
    Commission Expires 8/22/20 18

**EXHIBIT E**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, *Plaintiff(s)* <br><br> -against- <br><br> Angelica L. Parks, New York State Affordable Housing Corporation, Chautauqua Opportunities, Inc., JOHN DOE, MARY ROE AND XYZ CORPORATION, Defendants(s) | **The Defendant's Answer to the Complaint** <br><br> Case No. 1:17-CV-1262 V <br><br> Jury Trial:   ☐ Yes   ☐ No <br> *(check one)* |

**I.     The Parties Filing This Answer to the Complaint**

|  |  |
|---|---|
| Name: | Angelica L. Parks |
| Street Address | 2864 East Lake Rd. |
| City and County | Dunkirk, Chautauqua County |
| State and Zip Code | New York 14048 |
| Telephone Number | 716-467-9165 |

**II.     The Answer and Defenses to the Complaint**

**A.     Answering the Claims for Relief**

1.    The defendant admits the allegations in Paragraph 1 of the complaint.

2.    The defendant admits the allegations in Paragraph 2 of the complaint.

3.    The defendant admits the allegations in Paragraph 3 of the complaint.

4.    The defendant admits the allegations in Paragraph 4 of the complaint.

5.    The defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 5 of the complaint.

6.    The defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 6 of the complaint.

7.    The defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 7 of the complaint.

8.    The defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 8 of the complaint except that defendant denies the allegations to the extent that the plaintiff inappropriately raised the defendant's mortgage payments to an unaffordable and inappropriate level in violation of the promissory note and mortgage.

9.    The defendant admits the allegations in Paragraph 9 of the complaint.

10.    The defendant denies the allegations in Paragraph 10 of the complaint.

11.    The defendant denies the allegations in Paragraph 11 of the complaint.

12.    The defendant admits the allegations in Paragraph 12 of the complaint.

13.    The defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 13 of the complaint.

14.    The defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 14 of the complaint.

15.    The defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 15 of the complaint.

16.    The defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 16 of the complaint.

17.    The defendant admits the allegations in Paragraph 17 of the complaint.

**B.    Presenting Defenses to the Claims for Relief**

1.    The complaint fails to state a claim upon which relief can be granted because the plaintiff fails to state the date upon which the alleged default on the promissory note and note occurred.

2

2. The complaint fails to state a claim upon which relief can be granted because the plaintiff fails to demonstrate that it gave the defendant proper notice of acceleration pursuant to the U.S. Department of Agriculture Direct Single Family Housing Programs Centralized Servicing Center Handbook.

3. The complaint fails to state a claim upon which relief can be granted because the plaintiff fails to state that it properly serviced this Section 502 direct loan in accordance with the applicable regulations.

C. **Asserting Affirmative Defenses to the Claims for Relief**

1. The plaintiff's claim for foreclosure is barred by its failure to provide the defendant proper notice of acceleration pursuant to the U.S. Department of Agriculture Direct Single Family Housing Programs Centralized Servicing Center Handbook.

2. The plaintiff's claim for foreclosure is barred by its failure to properly service the defendant's Section 502 direct loan in accordance with the applicable regulations, including but not limited to its failure to inform the defendant of servicing options she qualified for under the regulations and being dissuaded from applying for options she qualified for, including but not limited to a payment moratorium.

3. The Plaintiff's claim for foreclosure is barred by its failure, within 45 days of the defendant's delinquency, to send the defendant contact information for the servicer, a description of loss mitigation options

3

available from the servicer, information about applying for loss
mitigation and a website listing housing counselors pursuant to the early
intervention requirement of Real Estate Settlement Procedures Act (12
C.F.R. § 1024.39).

### D.    Other Information

1.    Pursuant to 42. U.S.C. § 1475 , the USDA/Rural Housing Service
must follow the procedure in the state if it is more beneficial to the
borrower than the procedure under federal court. Under New York
Civil Practice Law & Rules § 1303-a, I am entitled to receive a copy of
the Consumer Bill of Rights as published by the New York State
Department of Financial Services.

2.    This *pro se* answer was prepared with the assistance of an attorney
admitted to the State of New York bar, admitted to the U.S.
District Court for the Western District of New York and employed by
Legal Assistance of Western New York, Inc. Legal Assistance of
Western New York, Inc. is not entering its appearance in this case.

### III.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this answer: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have

4

evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11.

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _1·25-___, 2018

Signature of Defendant _Angelica Parks_____

Printed Name of Defendant _Angelica Parks_____

5

Appendix A

Feb. 12. 2015

Angelica L Parks
2864 East Lake Rd
Dunkirk NY 14048
Loan # 34538893
Last 4 of SS # 7068

I Angelica L Parks am requesting an appeal on the forclouser of my property due to Monetay default. I requested a moritorium due to medical disability and had all of my paperwork Submitted back before the forclouser letter was made. My paperwork was Regestred in the computers there on Janvary 7th. I would like to request an appeal and continue with the moritorium.

Thank you for your Time
Angelica L Parks
Loan 34538893

page 2

314-457-4579

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

United States of America, *Plaintiff(s)*

    -against-

Angelica L. Parks, New York State Affordable
Housing Corporation, Chautauqua Opportunities,
Inc., JOHN DOE, MARY ROE AND XYZ
CORPORATION, Defendants(s)

**CERTIFICATE OF SERVICE**

Case No. 1:17-CV-1262 V

I, Angelica L. Parks, declare as follows. I am over the age of 18 years. My address is: 2864 East

Lake Rd., Dunkirk, NY 14048. On January 25, 2018, I served the foregoing documents

described as: The Defendant's Pro Se Answer to the Complaint on all interested parties in this

action by placing a true and correct copy thereof in a sealed envelope, with first-class postage

prepaid thereon, and deposited said envelope in the United States mail, addressed to:

Robert J. Kalb, Esq.

Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C.

One S. Clinton Ave., Suite 1000

Rochester, NY 14604

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1-25-18___ (date) at ___DunKiRK  NY___ (place of
signing).

_Angelica Parks_
(signature)

_Angelica Parks_
(name)

**LawNY**
LEGAL ASSISTANCE OF WESTERN NEW YORK, INC.®
115 East Third Street
Jamestown, New York 14701

Return Service Requested

Attn: Fansher

Re: Parks

CERTIFIED MAIL

7017 0660 0000 6258 7001

U.S. POSTAGE PAID
JAMESTOWN, NY
14701
JAN 25, 18
AMOUNT
**$3.69**
1000    R2305M145925-13

UNITED STATES POSTAGE
02 1P    $ 000.470
0004706126   JAN 25 2018
MAILED FROM ZIP CODE 14701
PITNEY BOWES

Robert J. Kalb, Esq.
Forsyth, Howe, O'Dwyer, Kalb &
Murphy, P.C.
One South Clinton Avenue,
Suite 1000

**EXHIBIT F**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,

            v.                                          17-CV-1262

NEW YORK STATE AFFORDABLE HOUSING CORPORATION,
CHAUTAUQUA OPPORTUNITIES, INC.,

                    Defendants.

### CLERK'S ENTRY OF DEFAULT

    It appearing that Defendants

New York State Affordable Housing Corporation and Chautauqua Opportunities, Inc.

are in Default for failure to appear or otherwise defend as required by law, Default is
hereby entered as against said defendants on this day of April 4, 2018.


                              MARY C. LOEWENGUTH
                              Clerk of Court
                              United States District Court


                              By: s/Kirstie L. Henry
                              Deputy Clerk