**EXHIBIT G**

*Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C.* One South Clinton Ave., Suite 1000 Rochester, NY 14604

# AFFIDAVIT OF SERVICE

Client's File No.: _____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

Civil Action No.: **17-CV-1262V**

Date Filed: **December 6, 2017**

*United States of America*

*vs*

Plaintiff(s)/Petitioner(s)

*Angelica L. Parks, et al.*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF CHAUTAUQUA, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: _December 14th 2017_, at the following time: _1:10 Pm_ at _____2864 East Lake Road a/k/a 2864 Lake Shore Drive East, Dunkirk, NY 14048_____ deponent served the within

Summons in a Civil Action and Complaint-Action to Foreclose a Mortgage with Certificate of Merit Pursuant to CPLR 3012-b

[X] Papers so served were properly endorsed with the Civil Action No. and date of filing.

Upon: **John Doe a/k/a** _A. P._ _____

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[X] **Responsible Person** — By delivering to and leaving with _ANGELICA L. PARKS_ , _CO-OCCUPANT_ **Relationship** a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's [X] dwelling place  [ ] place of business/employment  [ ] last known address within the State.  [ ] usual place of abode

[X] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U.S.P.S. and mailed to the above address on _December 15th 2017_.

[ ] **Corporation LLC / LLP** — By delivering to and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place  [ ] place of business/employment  [ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:
1) _____ at _____    3) _____ at _____    5) _____ at _____
2) _____ at _____    4) _____ at _____    6) _____ at _____

**Description of Recipient** — Sex: _Female_  Color of skin: _White_  Color of hair: _Brown_  Age: _56_  Height: _5'2"_
Weight: _140_  Other Features: _____

[ ] **Witness Fees** — advanced payment was made.

[X] **Military Service** — I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

[ ] **Other**

Sworn to before me on _December 15th 2017_

_____
NOTARY PUBLIC
CHERYL A. MIDLEY
NOTARY PUBLIC, STATE OF NEW YORK
CHAUTAUQUA COUNTY #4145684
MY COMMISSION EXPIRES 1/27/2019

_____
PROCESS SERVER - PRINT NAME BELOW SIGNATURE
_RICHARD MAZUREK_
PROCESS SERVER LICENSE # _____

**Work Order # 7419019**



*Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C. One South Clinton Ave., Suite 1000 Rochester, NY 14604*

# AFFIDAVIT OF MAILING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Index No.: 17-CV-1262V

United States of America

| | | |
|---|---|---|
| | Plaintiff | AFFIDAVIT OF MAILING OF RPAPL 1303 NOTICE TO TENANT |

VS.

Angelica L. Parks, et al.

**File No.:**
_____

Defendants (s)

**Address of Mortgaged Premises:**
2864 East Lake Road  a/k/a 2864 Lake
Shore Drive East, Dunkirk, NY 14048

STATE OF NEW YORK)
COUNTY OF MONROE        ) SS.

_____Doreen Facciponte_____, being duly sworn, deposes and says that he/she is over 18 years of age and not a party to this action; that on the _15_ day of _December , 2017_ our deponent mailed the Notice required by RPAPL 1303, of which Notice printed on colored paper.

That the premises has less than five units and the identity of the tenants are known and the mailing was made under the exclusive care of the United States Postal Service. A true copy of said Notice was mailed in a postpaid, properly addressed envelope by certified mail - return receipt requested, as well as by first class mail addressed to the tenant(s) residing at the property listed above.

☐ A first class mailing was made to tenant where the identity is unknown, addressed to "occupant".

☒ The certified mailing was made to defendant/tenant known as: _John Doe a/k/a  A . P ._

Certified Mail No. _70171450000126101428_

Sworn to before me on _12/15/17_

_____
NOTARY PUBLIC

SAMANTHA SALVATORE
Notary Public, State of New York
No. 01SA6335557
Qualified in Monroe County
Commission Expires January 19, 2020

_____
Doreen A. Facciponte
Doreen Facciponte

*Paper Chase NY, LLC, 349 W. Commercial St., Suite 2360, East Rochester, NY 14445*

PZ

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 3.35

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ 0.75
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$ .46

Total Postage and Fees
$ 6.56

Sent To    John Doe a/k/a A.P.
Street     2864 East Lake Road  a/k/a 2864 Lake
           Shore Drive East
City,      Dunkirk, NY 14048

7017 1450 0000 2110 1428

PS Fo                                    r Instructions

*FORSYTH, HOWE, O'DWYER, KALB & MURPHY, P.C.* ONE SOUTH CLINTON AVE., SUITE 1000 ROCHESTER, NY 14604

# AFFIDAVIT OF SERVICE

Client's File No.: _____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

Civil Action No.: __17-CV-1262V__
Date Filed: __December 6, 2017__



*United States of America*

*vs*

*Angelica L. Parks, et al.*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF CHAUTAUQUA, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: _December 14th 2017_ , at the following time: _1:00 Pm_ at _____ 2864 East Lake Road a/k/a 2864 Lake Shore Drive East, Dunkirk, NY 14048 _____ deponent served the within Summons in a Civil Action and Complaint-Action to Foreclose a Mortgage with Certificate of Merit Pursuant to CPLR 3012-b

[X] Papers so served were properly endorsed with the Civil Action No. and date of filing.

Upon: **Mary Roe a/k/a** _he , P._

| | | |
|---|---|---|
| [ ] Individual | By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein. | |
| [X] Responsible Person | By delivering to and leaving with _ANGELICA L. Parks_ , _Co-occupant_ **Relationship**<br>a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's<br>[X] dwelling place  [ ] place of business/employment  [ ] last known address within the State.  [ ] usual place of abode | |
| [X] Mail | A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _December 15th 2017_ | |
| [ ] Corporation LLC / LLP | By delivering to and leaving with _____ said individual to be _____<br>who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity. | |
| [ ] Affixing To Door | By affixing a true copy thereof to the door, being the defendant/respondent's  [ ] dwelling place  [ ] place of business/employment<br>[ ] last known address within the State. [ ] usual place of abode | |
| [ ] Previous Attempts | Deponent previously attempted to serve the above named defendant/respondent on:<br>1)_____ at_____  3)_____ at_____  5)_____ at_____<br>2)_____ at_____  4)_____ at_____  6)_____ at_____ | |
| Description of Recipient | Sex: _Female_  Color of skin: _White_  Color of hair: _Brown_  Age: _56_  Height: _5'2"_<br>Weight: _140_  Other Features: _____ | |
| [ ] Witness Fees | advanced payment was made. | |
| [X] Military Service | I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service. | |
| [ ] Other | | |

Sworn to before me on _December 15th 2017_

_____
NOTARY PUBLIC

CHERYL A. MEDLEY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01ME6045684
MY COMMISSION EXPIRES 1/27/2019

_____
PROCESS SERVER - PRINT NAME BELOW SIGNATURE
_Richard Mazurek_
PROCESS SERVER LICENSE # _____

**Work Order #  7419020**

*PAPER CHASE NY, LLC, 349 W. COMMERCIAL ST., SUITE 2360, EAST ROCHESTER, NY 14445*



*Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C. One South Clinton Ave., Suite 1000 Rochester, NY 14604*

## AFFIDAVIT OF MAILING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK _____ Index No.: 17-CV-1262V
United States of America

|  |  |  |
|---|---|---|
| VS.<br>Angelica L. Parks, et al. | Plaintiff | AFFIDAVIT OF MAILING<br>OF RPAPL 1303 NOTICE<br>TO TENANT |

**File No.:** _____

_____ Defendants (s)

**Address of Mortgaged Premises:**
2864 East Lake Road  a/k/a 2864 Lake
Shore Drive East, Dunkirk, NY 14048

STATE OF NEW YORK)
COUNTY OF MONROE            ) SS.

_____ Doreen Facciponte _____ , being duly sworn, deposes and says that he/she is over 18
years of age and not a party to this action; that on the 15 _____ day of
December , 2017 _____ our deponent mailed the Notice required by RPAPL
1303, of which Notice printed on colored paper.

That the premises has less than five units and the identity of the tenants are known and the mailing was
made under the exclusive care of the United States Postal Service. A true copy of said Notice was
mailed in a postpaid, properly addressed envelope by certified mail - return receipt requested, as well
as by first class mail addressed to the tenant(s) residing at the property listed above.

☐ A first class mailing was made to tenant where the identity is unknown, addressed to "occupant".

☒ The certified mailing was made to defendant/tenant known as:  Mary Roe a/k/a *Ke. P.* _____

Certified Mail No.  70171450000126101435 _____

Sworn to before me on  *12/15/17*
_____
NOTARY PUBLIC

SAMANTHA SALVATORE
Notary Public, State of New York
No. 01SA6335557
Qualified in Monroe County
Commission Expires January 19, 2020

_____
Doreen Facciponte

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

O F F I C I A L   U S E

| | |
|---|---|
| Certified Mail Fee | |
| $ 3.35 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ 2.75 | |
| ☐ Return Receipt (electronic) $ | Postmark |
| ☐ Certified Mail Restricted Delivery $ | Here |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | |
| $ .46 | |
| Total Postage and Fees | |
| $ 6.56 | |

Sent Mary Roe a/k/a *Ke P.*
Stre 2864 East Lake Road  a/k/a 2864 Lake
Shore Drive East
City Dunkirk, NY 14048

7012 1450 0001 2910 1435

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

*Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C. One South Clinton Ave., Suite 1000 Rochester, NY 14604*

# AFFIDAVIT OF SERVICE

| | |
|---|---|
| Client's File No.: _____ | |
| Civil Action No.: | **17-CV-1262V** |
| Date Filed: | **December 6, 2017** |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

*United States of America*

*vs*

Plaintiff(s)/Petitioner(s)

*Angelica L. Parks, et al.*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF CHAUTAUQUA, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: *December 14th 2017*, at the following time: *1:10 Pm*
at _____2864 East Lake Road a/k/a 2864 Lake Shore Drive East, Dunkirk, NY 14048_____ deponent served the within
Summons in a Civil Action and Complaint-Action to Foreclose a Mortgage with Certificate of Merit Pursuant to CPLR 3012-b

[X] Papers so served were properly endorsed with the Civil Action No. and date of filing.

Upon: **Mary Roe a/k/a** *Ka P.* _____

[ ] **Individual**  By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[X] **Responsible Person**  By delivering to and leaving with *ANGELICA L. PARKS* , *Co-occupant* (Relationship)
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[X] dwelling place    [ ] place of business/employment    [ ] last known address within the State.    [ ] usual place of abode

[X] **Mail**  A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on *December 15th 2017*

[ ] **Corporation LLC / LLP**  By delivering to and leaving with _____ said individual to be
who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door**  By affixing a true copy thereof to the door, being the defendant/respondent's    [ ] dwelling place    [ ] place of business/employment
[ ] last known address within the State.  [ ] usual place of abode

[ ] **Previous Attempts**  Deponent previously attempted to serve the above named defendant/respondent on:
1)_____at_____    3)_____at_____    5)_____at_____
2)_____at_____    4)_____at_____    6)_____at_____

**Description of Recipient**  Sex: *Female*  Color of skin: *White*  Color of hair: *Brown*  Age: *56*  Height: *5'2"*
Weight: *140*  Other Features:_____

[ ] **Witness Fees**  advanced payment was made.

[X] **Military Service**  I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

[ ] **Other**

Sworn to before me on *December 15th, 2017*

_____
NOTARY PUBLIC
CHERYL M. MEDLEY
NOTARY PUBLIC, STATE OF NEW YORK
CHAUTAUQUA COUNTY #4865884
MY COMMISSION EXPIRES *4/27/2019*

_____
PROCESS SERVER - PRINT NAME BELOW SIGNATURE
*RICHARD MAZUREK*
PROCESS SERVER LICENSE # _____

**Work Order #  7419021**

*Paper Chase NY, LLC, 349 W. Commercial St., Suite 2360, East Rochester, NY 14445*



FORSYTH, HOWE, O'DWYER, KALB & MURPHY, P.C. ONE SOUTH CLINTON AVE., SUITE 1000 ROCHESTER, NY 14604
## AFFIDAVIT OF MAILING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK _____    Index No.: 17-CV-1262V
United States of America

                              Plaintiff          AFFIDAVIT OF MAILING
                    VS.                           OF RPAPL 1303 NOTICE
Angelica L. Parks, et al.                              TO TENANT

                                                 **File No.:** _____

                                    Defendants (s)   **Address of Mortgaged Premises:**
_____                                  2864 East Lake Road  a/k/a 2864 Lake
                                                 Shore Drive East, Dunkirk, NY 14048
STATE OF NEW YORK)
COUNTY OF MONROE            ) SS.

_____ Doreen Facciponte _____, being duly sworn, deposes and says that he/she is over 18
years of age and not a party to this action; that on the 15 _____ day of
December , 2017 _____ our deponent mailed the Notice required by RPAPL
1303, of which Notice printed on colored paper.

That the premises has less than five units and the identity of the tenants are known and the mailing was
made under the exclusive care of the United States Postal Service. A true copy of said Notice was
mailed in a postpaid, properly addressed envelope by certified mail - return receipt requested, as well
as by first class mail addressed to the tenant(s) residing at the property listed above.

☐ A first class mailing was made to tenant where the identity is unknown, addressed to "occupant".

☒ The certified mailing was made to defendant/tenant known as: _Mary Roe a/k/a Ka . P,_

_____

Certified Mail No. 70171450000126101442 _____

Sworn to before me on 12/15/17 _____

_Santha Salas_
NOTARY PUBLIC                                    _Doreen A. Facciponte_
SAMANTHA SALVATORE                                    Doreen Facciponte
Notary Public, State of New York
No. 01SA6335557
Qualified in Monroe County
Commission Expires January 19, 2020

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 3.35

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)         $ 2.75
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$ .46

Total Postage and Fees
$ 6.56

Sent To  Mary Roe a/k/a *Ka.p.*
Street and Apt. No.  2864 East Lake Road a/k/a 2864 Lake
Shore Drive East
City, State  Dunkirk, NY 14048

7017 1450 0001 0762 2442

PS

**EXHIBIT H**

FORSYTH, HOWE, O'DWYER, KALB & MURPHY, P.C. ONE SOUTH CLINTON AVE., SUITE 1000 ROCHESTER, NY 14604

# AFFIDAVIT OF DUE DILIGENCE

Client's File No.:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

INDEX NO.: 17-CV-1262V



United States of America

*vs*

Angelica L. Parks, et al.

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK , COUNTY OF CHAUTAUQUA , SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York . That on the following date: December 14th 2017 , at the following time: 1:10 Pm , at 2864 East Lake Road a/k/a 2864 Lake Shore Drive East, Dunkirk, NY 14048 , deponent attempted to serve the within

Summons in a Civil Action and Complaint-Action to Foreclose a Mortgage with Certificate of Merit Pursuant to CPLR 3012-b

upon XYZ Corporation

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at

2864 East Lake Road a/k/a 2864 Lake Shore Drive East, Dunkirk, NY 14048

deponent was unable to effect process upon the person being served because of the following reason(s):

- [x] unknown at address
- [ ] moved, left no forwarding
- [ ] evading
- [ ] unable to serve in timely fashion
- [x] Other: There is no XYZ Corporation

- [ ] house/building vacant
- [ ] address does not exist
- [ ] service canceled by litigant
- [ ] no other occupants / tenants over 18 years of age

Sworn to before me on December 15th, 2017

_Chryl A. Medley_
NOTARY PUBLIC
CHERYL A. MEDLEY
NOTARY PUBLIC, STATE OF NEW YORK
CHAUTAUQUA COUNTY #4945684
MY COMMISSION EXPIRES 1/27/2019

_Rich M_
PROCESS SERVER - PRINT NAME BELOW SIGNATURE
RICHARD MAZUREK
PROCESS SERVER LICENSE # _____

Work Order # 7419027

PAPER CHASE NY, LLC, 349 W. COMMERCIAL ST., SUITE 2360, EAST ROCHESTER, NY 14445

**EXHIBIT I**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

        _v_

Angelica L. Parks
2864 East Lake Rd.
Dunkirk, NY 14048

New York State Affordable Housing Corporation
641 Lexington Ave.
ACH ID #1K99
New York, NY 10022

Chautauqua Opportunities, Inc.
17 W. Courtney St.
Dunkirk, NY 14048

JOHN DOE, MARY ROE AND XYZ
CORPORATION,
2864 East Lake Road
Sheridan, New York 14048

        Defendants

NOTICE OF PENDENCY

Civil No.: 17-CV-1262
Filed: 12/6/17

---

    NOTICE IS HEREBY given that an action has been commenced and is now pending in this Court upon the complaint of the above-named Plaintiff against the above-named defendants, for the foreclosure of certain mortgage bearing the date 3/6/2007 and executed by the defendant, Angelica L. Parks to the United States of America acting

through the USDA Rural Housing Service fka Farmers Home Administration, the above-named Plaintiff, to secure the sum of $142,030.00, plus interest and that interest credit assistance subject to recapture, which said Mortgage was recorded in the Office of the Chautauqua County Clerk on 3/6/2007 in Liber 2948 of Mortgages at Page 975.

And that the premises affected by said foreclosure action were at the time of the commencement of this action and are at the time of the filing of this notice situated in the limits of the **Town of Sheridan, Chautauqua County, New York** and are described in said mortgage as set forth in the attached **Schedule "A"**.

DATED:  Rochester, New York  November 28, 2017

S/Robert J. Kalb
_____
FORSYTH, HOWE, O'DWYER,
KALB & MURPHY, P.C.
One South Clinton Avenue, Suite 1000
Rochester, NY 14604
(585) 325-7515
Fax: (585) 325-6287
Email: Kalb@forsythhowe.com

Schedule "A"

ALL THAT TRACT OR PARCEL OF LAND situate in the Town of Sheridan, County of Chautauqua and State of New York, being part of Lot 49, Town 6 and Range 11 of the Holland Land Company's Survey and further bounded and described as follows: BEGINNING at a point in the centerline of New York State Route 5 (right of way width varies), also known as S.H. #8304, also known as Lake Road, at the southwesterly corner of lands conveyed by Allan L. Paglia, as Executor of The Estate of Archie J. Paglia, to Mary P. Ark by deed dated April 13, 1993, and recorded in the Chautauqua County Clerk's Office May 4, 1993, in Liber 2291 of Deeds at page 465, said point of beginning located southwesterly, as measured along the centerline of New York State Route 5, a distance of 1012.90 feet from the intersection of the centerline of New York State Route 5 with the centerline of Waite Road; thence southwesterly, along the centerline of New York State Route 5, on a curve to the left, 84.01 feet to a point; said curve having a radius of 2865.00 feet and a chord S 71° 56' 46" W, 84.01 feet; thence N 18° 53' 38" W, radially to said centerline, 26.96 feet to a point in the northerly highway boundary of New York State Route 5; thence S 75° 24' 38" W, along the northerly highway boundary of New York State Route 5, 2.20 feet to a set rebar with cap at the southeasterly corner of lands conveyed by Archie J. Paglia and Baldasare L. Ursitti to Baldasare L. and Virginia Ursitti by deed dated September 3, 1948, and recorded in the Chautauqua County Clerk's Office March 10, 1949, in Liber 839 of Deeds at page 579; thence N 06° 38' 04" E, along the easterly line of said Ursitti, 203.64 feet to a set rebar with cap in the southerly line of aforementioned Ark; thence S 83° 21' 56" E, along the southerly line of Ark, 90.00 feet to a set rebar with cap; thence S 06° 38' 04" W, along the westerly line of Ark, 161.80 feet to a set rebar with cap in the northerly highway boundary of New York State Route 5; thence continuing along the same course S 06° 38' 04" W, and still along the westerly line of Ark, 30.29 feet to the point of beginning.

TO: The Chautauqua County Clerk

You are hereby directed to index the foregoing Notice of Pendency against the names of each of the defendants designated in the caption of this action.

DATED:    Rochester, New York   November 28, 2017

S/Robert J. Kalb
_____
FORSYTH, HOWE, O'DWYER,
KALB & MURPHY, P.C.
One South Clinton Avenue, Suite 1000
Rochester, NY  14604
(585) 325-7515
Fax:  (585) 325-6287
Email:  Kalb@forsythhowe.com

**EXHIBIT J**



**United States Department of Agriculture**

**Rural Development**
Centralized Servicing Center
P.O. Box 66827
St. Louis, MO 63166
*(800) 793-8861 (Voice)*
*(800) 438-1832 (TDD/TTY Hearing Impaired Only) or*
*(314) 457-4450 (FAX)*



CERTIFIED MAIL
RETURN RECEIPT REQUESTED

ANGELICA L PARKS
2864 EAST LAKE ROAD
DUNKIRK            NY 14048

SUBJECT:  NOTICE OF ACCELERATION OF YOUR MORTGAGE LOAN(S); DEMAND FOR PAYMENT OF THAT DEBT; NOTICE OF INTENT TO FORECLOSE; AND NOTICE OF YOUR OPPORTUNITY TO HAVE A HEARING CONCERNING THIS ACTION

Dear   ANGELICA L PARKS

PLEASE TAKE NOTE that the entire indebtedness due on the promissory note(s) and/or assumption agreement(s) which evidence the loan(s) received by you from the United States of America, acting through the United States Department of Agriculture Rural Housing Service (RHS), formerly Farmers Home Administration, is now declared immediately due and payable and demand is hereby made on you to pay this entire indebtedness.  If payment in full is not made as demanded herein, the RHS intends to enforce its real estate mortgage(s) or deed(s) of trust given to secure the indebtedness by foreclosure of its lien(s) on your house.

| Account Number(s) | Date of Instruments | Amount |
|---|---|---|
|  | 03/06/07 | 142030.00 |

This acceleration of your indebtedness is made in accordance with the authority granted in the above-described instrument(s).  The reason(s) for the acceleration of your indebtedness is (are) as follows:

MONETARY DEFAULT

The balance of the account is $ 127595.49     unpaid principal and $ 6616.93     unpaid interest, as of  04/27/15, plus additional interest accruing at the rate of $ 20.1007     per day thereafter, plus additional advances to be made by the United States for the protection of its security, the interest accruing on any such advances, fees, or late charges, and the amount of subsidy to be recaptured in accordance with the Subsidy Repayment Agreement.

USDA is an equal opportunity provider and employer.

If you wish to file a Civil Rights program complaint of discrimination, complete the USDA Program Discrimination Complaint Form, found online at http://www.ascr.usda.gov/complaint_filing_cust.html, or at any USDA office, or call (866) 632-9992 to request the form. You may also write a letter containing all of the information requested in the form. Send your completed complaint form or letter to us by mail at U.S. Department of Agriculture, Director, Office of Adjudication, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, by fax (202) 690-7442 or email at program.intake@usda.gov.

*F2000004202* L90515SP

Unless full payment of this indebtedness is received within 30 days from the date of this letter, the United States will take action to foreclose its lien on your house and to pursue any other available remedies. **Payment should be made by cashier's check, certified check, or postal money orders payable to the USDA/RD and mailed to the following address:**

USDA-Rural Development
P.O. Box 790170
St. Louis, MO 63179-0170

If you submit to the United States any payment insufficient to pay the account in full or insufficient to comply with any arrangements agreed to between the RHS and yourself, the payment WILL NOT CANCEL the effect of this notice. If insufficient payments are received and credited to your account, no waiver or prejudice of any rights which the United States may have will result and the RHS may proceed as though no such payments had been made.

**YOUR RIGHT TO A DISCUSSION WITH RHS** - You have the opportunity to discuss this decision to accelerate your loan(s) with a RHS official or have an administrative appeal hearing before the foreclosure takes place. This is an opportunity to discuss why you believe the United States is in error in accelerating your loan(s) and proceeding with foreclosure. If you desire to have an informal discussion with an RHS official or have any questions concerning this decision or the facts used in making this decision, you should contact this office in writing. The request for an informal discussion must be sent to the undersigned no later than    05/12/15   . Requests which are postmarked by the U. S. Postal Service on or before that date will be considered as timely received. You also have the right to an administrative appeal hearing with a hearing officer instead of, or in addition to, an informal discussion with this office. If you request an informal discussion with an RHS official, and this does not result in a decision in which you concur, you will be given a separate time frame in which to submit your request for an administrative appeal. See the attachment for your appeal rights.) .

**YOUR RIGHT TO AN ADMINISTRATIVE APPEAL HEARING** - If you do not wish to have an informal discussion with an RHS official as outlined above, you may request an administrative appeal with a member of the National Appeals Division Area Supervisor, no later than 30 days after the date on which you received this notice. Requests which are postmarked by the U.S. Postal Service on or before that date will be considered as timely received as requesting an administrative appeal. Please include a copy of this letter with your request.

If you fail to comply with the requirement outlined, the United States plans to proceed with foreclosure. You may avoid foreclosure by (1) refinancing your RHS loan(s) with a private or commercial lender or otherwise paying your indebtedness in full; (2) selling the property for its fair market value and applying the proceeds to your loan(s); (3) transferring the loan(s) and property to an eligible or ineligible applicant with RHS approval; or (4) conveying the property to the Government with RHS approval. Please contact our Centralized Servicing Center office at 1-800-793-8861, if you desire to satisfy your loan(s) by one of the above methods.

You cannot be discriminated against in a credit transaction because of your race, color, religion, national origin, sex, marital status, handicap, or age (if you have the legal capacity to enter into a contract). You cannot be denied a loan because all or a part of your income is from a public assistance program. If you believe you have been discriminated against for any of these reasons, you should write to the Secretary of Agriculture, Washington, D.C. 20250.

You cannot be discriminated against in a credit transaction because you in good faith exercised your rights under the Consumer Credit Protection Act. The Federal Agency responsible for seeing this law is obeyed is the Federal Trade Commission, Washington, D.C. 20580.

For questions regarding your account, please call Default Management toll free at 1-800-793-8861 or 1-800-438-1832 (TDD/TTY Hearing Impaired Only), 7:00 a.m. to 5:00 p.m., Monday through Friday, Central Time. Please refer to your Account number when you write or call us. Thank you.

UNITED STATES OF AMERICA
BY

Thomas B Herron
Director, Default Management Branch
Rural Development
United States Department of Agriculture

Date:    04/27/15
Attachment
CC:    State Office

This letter was mailed certified and regular mail on    04/27/15.

*F2000004204*  L9051SSP



USPS CERTIFIED MAIL

CERTIFIED MAIL

9207 1969 0087 3050 8193 05

Article Addressed To:

ANGELICA L PARKS

2864 EAST LAKE ROAD
DUNKIRK, NY 14048

Sender:
*USDA RURAL DEVELOPMENT
FC214 ACCELERATIONS
4300 GOODFELLOW BLVD BLDG
105ECSC
SAINT LOUIS, MO 63120-1703

COMPLETE THIS SECTION ON DELIVERY

A. Signature:  (☐Addressee or ☐Agent)
X

B. Received by:  (Please Print Clearly)

C. Date of Delivery

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City

CERTIFIED MAIL