**EXHIBIT K**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
                    Plaintiff

                vs.                          CV No. 17-CV-1262

Angelica L. Parks, New York State       **BILL OF COSTS**
Affordable Housing Corporation,
Chautauqua Opportunities, Inc.,

JOHN DOE, MARY ROE AND
XYZ CORPORATION,
                    Defendants

STATE OF NEW YORK )
COUNTY OF MONROE  ) SS:
CITY OF ROCHESTER )

    Robert J. Kalb, being first duly sworn, deposes and says:

    1.    I am an attorney duly admitted to practice in the
Federal Courts of the Western District of the State of New York,
and assigned to handle this action on behalf of the Plaintiff,
United States of America, by and through its agency, USDA Rural
Housing Service fka Farmers Home Administration, and am familiar
with the pleadings and proceedings in this action.


    2.    Upon information and belief, the following costs were
necessarily incurred in this action, the services of the Marshal
were actually and necessarily performed and the United States is
entitled to additional allowances pursuant to statute:

Costs:

| | |
|---|---|
| Clerk's Filing Fee: Index Number | $400.00 |
| Clerk's Filing Fee:  Notice of Pendency | $35.00 |
| Service of Process | $600.00 |
| Total Costs: | $1,035.00 |

WHEREFORE, the Plaintiff respectfully requests, pursuant to Federal Rules of Civil Procedure 54(d), 28 U.S.C. Section 1920, and the mortgage that is enforced in this action, that costs and allowances be taxed in the amounts specified above.

S/Robert J. Kalb

FORSYTH, HOWE, O'DWYER,
KALB & MURPHY, P.C.
One South Clinton Ave., Suite 1000
Rochester, NY  14604
(585) 325-7515
Fax:  (585) 325-6287
Email:  kalb@forsythhowe.com

Sworn to before me on this
30th day of May, 2018.

Notary Public

DORENE R. MAYER
Notary Public State of New York
County of Monroe, #01MA5032253
Commission Expires 8/22/20_18

**EXHIBIT L**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
                          Plaintiff

            vs.                              CV No. 17-CV-1262

Angelica L. Parks, New York State
Affordable Housing Corporation,
Chautauqua Opportunities, Inc.,

JOHN DOE, MARY ROE AND
XYZ CORPORATION,
                          Defendants

## AFFIRMATION OF LEGAL
## SERVICES AND COSTS

Robert J. Kalb, an attorney at law duly admitted to practice before this Court, hereby affirms under penalty of perjury as follows:

1.   I am an attorney with the law firm of Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C., attorney for the Plaintiff United States of America acting by and through its agency, USDA Rural Housing Service fka Farmers Home Administration (hereinafter referred to as "Plaintiff"). As such, I am fully familiar with the facts and circumstances of this case and the proceedings heretofore had herein.


2.   I make this Affirmation in support of an application for an award of legal fees for services performed on behalf of Plaintiff United States of America in the prosecution of this

foreclosure action. Affirmant is fully familiar with the professional services furnished by Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C. in this matter.

3.    The subject mortgage provides for payment of attorneys' fees as reasonably necessary for the Plaintiff to enforce its rights under the note and mortgage.

4.    The attorney's fees (not including disbursements) sought in this application are $3,000.00, which represent the base fee arrangement between Plaintiff and Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C. as compensation for professional services rendered in this matter.

5.    Affirmant is a graduate of Syracuse University College of Law and was admitted to practice in the State of New York on February 22, 1977, and admitted to practice in the Western District of New York on April 25, 1977. Affirmant has been engaged in the practice of real estate and foreclosure law since being admitted to practice. Affirmant's firm currently represents private and governmental institutions, including the Plaintiff herein, in a number of areas of practice, including foreclosure actions and other real estate actions and transactions. Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C. has

provided professional legal services to local, statewide and
nationally based clients before state and federal courts for
over fifty (50) years, and enjoys a strong reputation for
professionalism and competence in its areas of practice.

6.    The usual billing rate for Affirmant is $250.00 -
$275.00 per hour, which is fair and reasonable and in line with
the hourly rates charged by other attorneys with similar
qualifications doing similar work in the foreclosure field
within the same geographic areas of practice.

7.    The usual billing rate for the firm's foreclosure
paralegals is $125.00 per hour which is fair and reasonable and
in line with the hourly rates charged by other law firms for its
staff doing similar work in the foreclosure field within the
same geographic areas of practice.

8.    The claim reflected by this lawsuit was referred to
Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C. by Plaintiff as a
result of the default of the Defendant(s) under the terms of a
promissory notes and mortgages.

9.    It is respectfully submitted that the legal work
performed was done in a highly competent manner and that the

$3,000.00 base fee incurred by Plaintiff for professional services provided by Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C. relating to the protection of Plaintiff's interests in this mortgage foreclosure action is fair and reasonable for the services performed.

10.  Services performed by Affirmant and/or his staff on behalf of Plaintiff included or will necessarily include:

|  | Attorney | Paralegal |
|---|---|---|
| • Reviewing & setting up of case file | ½ hr | ½ hr |
| • Drafting and preparation of FDCPA letter | | ½ hr |
| • Order and review of foreclosure search | 1 hr | ½ hr |
| • Drafting of Summons, Complaint and Notice of Pendency | ½ hr | 1 hr |
| • Filing of Summons, Complaint and Notice of Pendency; filing of duplicate Notice of Pendency with County clerk | | 1 hr |
| • Preparation of Summons, Complaint for service upon defendant; coordinating with process server regarding details of service until service is complete; filing of affidavits of service with Court Clerk | 1 hr | 2 hr |
| • Review of client records and preparation of Affidavit of Facts, Affidavit of Plaintiff | ½ hr | 1 hr |

- Preparation of Request for Entry
  of Default, affirmation in support
  of Entry of default and proposed
  Certificate of Entry of Default        ½ hr        1 hr

- Preparation of Notice of Motion
  for Judgment of Foreclosure and Sale,
  Affirmation in support of motion,
  preparation of exhibits, Affirmation in
  support of Plaintiff's costs,
  Affirmation for legal services and costs ½ hr   2 hrs

- Attendance on Motion for Judgment of
  Foreclosure and Sale (exclusive of travel
  Time to and from Court)                    ½ hr

- Preparation of Notice of Sale,
  Coordination with publisher and
  U.S. Marshal                               1 hr

- Preparation of Marshal's Report of Sale,
  Marshal's Deed, Real Property Transfer
  Gains Tax Affidavit, Real Property
  Equalization Statement, arranging for
  Execution of same by Referee              1 hr

- Filing of Marshal's Report of Sale
  with Clerk of Court                        ½ hr

- Preparation of Marshal's Deed, tax forms
  with County Clerk, securing Certificate
  of No Exceptions                           ½ hr

- Preparing, filing Notice of Motion
  for Order Confirming Sale, Affirmation
  in support thereof, proposed Order
  Confirming Sale                            2 hr

11. It is estimated that affiant will have expended 5

hours in prosecution of this foreclosure action. At an hourly

rate of $250.00 per hour, the services listed above, exclusive of travel costs and disbursements, would be $1,250.00.

12.  It is estimated that foreclosure paralegals of the law firm will have expended 14.50 hours in prosecution of this foreclosure action.  At an hourly rate of $125.00 per hour, the services listed above, exclusive of travel costs and disbursements, would be $1,812.50.

13.  The fee arrangement between Plaintiff and Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C. provides that Plaintiff will pay $3,000.00 for the services listed above, exclusive of disbursements, which is less than that which would be charged if the matter were billed utilizing a straight hourly billing rate.

14.  This affirmation is made and submitted for the purposes of establishing the legal fee provided for in the Judgment of Foreclosure and Sale in the instant action.

Dated: Rochester, New York  May 30, 2018

S/Robert J. Kalb

_____
FORSYTH, HOWE, O'DWYER,
KALB & MURPHY, P.C.
One South Clinton Ave., Suite 1000
Rochester, NY  14604
(585) 325-7515
Fax:  (585) 325-6287
Email:  Kalb@forsythhowe.com

THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE.  THIS IS A COMMUNICATION FROM A
DEBT COLLECTOR.