<u>CERTIFICATE OF SERVICE BY MAIL</u>

<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE WESTERN DISTRICT OF NEW YORK</u>
UNITED STATES OF AMERICA,
              Plaintiff

vs.                                      CV No. 17-CV-1262

Angelica L. Parks, New York State
Affordable Housing Corporation,
Chautauqua Opportunities, Inc.,

JOHN DOE, MARY ROE AND
XYZ CORPORATION,
              Defendants

      The undersigned hereby certifies that she is an employee of Forsyth, Howe, O'Dwyer, Kalb & Murphy, PC, attorneys for the Plaintiff and is a person of such age and discretion as to be competent to serve papers.

      That on June 1, 2018 she served a copy of the attached Notice of Motion and Motion for Summary Judgment and Judgment of Foreclosure and Sale, and for an Order Amending the Caption, Affidavits in Support of Motion, Memorandum of Law, Statement of Material Fact Rule 56 Notice by placing a copy in a post-paid envelope addressed to the persons named below, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States mail at One South Clinton Ave., Suite 1000, Rochester, NY 14604.

TO:
Angelica L. Parks
2864 East Lake Rd.
Dunkirk, NY 14048

New York State Affordable Housing Corporation
Audrey V.A. Alexander
Office of the Attorney General
The Capitol
Albany, NY 14224

_____
Jennifer Clark