U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA    2025 AUG -6  PM 3:25 | 1:17-cv-01262-LJV-JJM |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Angelica Parks    US MARSHALS SERVICE WESTERN NEW YORK | Posting Notice of Sale |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* 2864 East Lake Road, Dunkirk, NY 14048 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Thomas L. Sooy , Esq Schuerger Law Group Private Counsel - U.S. Department of Justice 1001 Kingsmill Parkway, Columbus, OH 43229 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please post the Notice of Sale in three (3) conspicuous public places in Chautauqua County, NY where the premises is located for foreclosure sale schedule on November 5, 2025 at 12:00 pm.

*UNITED STATES DISTRICT COURT FILED SEP 30 2025 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY*

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 614-674-6902 | DATE 8/1/2025 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 3 | District of Origin No. 55 | District to Serve No. 55 | Signature of Authorized USMS Deputy or Clerk Beata B. Hosking | Date 09/06/2025 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 09/25/2025 | Time 12:25 ☐ am ☒ pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Notice of Marshal's Sale was posted at the following locations:
1. Jamestown City Hall Municipal Building at 200 East Third Street, Jamestown, New York 14701
2. Fredonia Village Hall at 9 Church Street, Fredonia, New York 14063
3. Dunkirk Public Library at 536 Central Avenue, Dunkirk, New York 14048

Mileage: 78.5 miles          Service Fee: $130.00
DUSM: 1 DUSM                 Total Mileage Charges: $54.95
Time: 2 hrs                  Amount Owed to US Marshal: $184.95

Form USM-285
Rev. 03/21

## CLERK OF THE COURT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RECEIVED

2025 AUG -6  PM 3: 25

US MARSHALS SERVICE
WESTERN NEW YORK

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                    Case No.1:17-cv-01262-LJV-JJM

              v.

ANGELA L. PARKS, et al.,

                              Defendants.

## NOTICE OF MARSHAL'S SALE

Notice is hereby given that pursuant to a judgment of foreclosure and an order of sale of

real estate entered by the United States District Court for the Western District of New York, on

the 19th day of February, 2020, in this cause, the undersigned United States Marshal for the

Western District of New York will conduct a public sale at the Chautauqua County Courthouse, 3

North Erie Street, Mayville, NY 14757, on the 5th day of November, 2025 at 12:00 p.m. (local

time), of the following described real estate:

> ALL THAT TRACT OR PARCEL OF LAND, situate in the Town of
> Sheridan, County of Chautauqua and State of New York, being part of Lot 49,
> Town 6 and Range 11 of the Holland Land Company's Survey and further
> bounded and described as follows: BEGINNING at a point in the centerline of
> New York State Route 5 (right of way width varies), also known as S.H.
> #8304, also known as Lake Road, at the southwesterly corner of lands
> conveyed by Allan L. Paglia, As Executor of The Estate of Archie J. Paglia, to
> Mary P. Ark by deed dated April 13, 1993, and recorded in the Chautauqua
> County Clerk's Office May 4, 1993, in Liber 2291 of Deeds at page 465, said
> point of beginning located southwesterly, as measured along the centerline of
> New York State Route 5, a distance of 1012.90 feet from the intersection of
> the centerline of New York State Route 5 with the centerline of Waite Road;
> thence southwesterly, along the centerline of New York State Route 5, on a
> curve to the left, 84.01 feet to a point; said curve having a radius of 2865.00
> feet and a chord S 71° 56' 46" W, 84.01 feet; thence N 18° 53' 38" W,
> radially to centerline, 26.96 feet to a point in the northerly highway boundary
> of New York State Route 5; thence S 75° 24' 38" W, along the northerly
> highway boundary of New York State Route 5, 2.20 feet to a set rebar with

cap at the southeasterly corner of lands conveyed by Archie J. Paglia and Baldasare L. Ursitti to Baldasare L. and Virginia Ursitti by deed dated September 3, 1948, and recorded in the Chautauqua County Clerk's Office March 10, 1949, in Liber 839 of Deeds at page 579; thence N 06° 38' 04" E, along the easterly line of said Ursitti, 203.64 feet to a set rebar with cap in the southerly line of aforementioned Ark; thence S 83° 21' 56" E, along the southerly line of Ark, 90.00 feet to a set rebar with cap; thence S 06° 38' 04" W, along the westerly line of Ark, 161.80 feet to a set rebar with cap in the northerly highway boundary of New York State Route 5; thence continuing along the same course S 06° 38' 04" W, and still along the westerly line of Ark, 30.29 feet to the point of beginning.

Commonly known as: **2864 East Lake Road, Dunkirk, NY 14048**

This public sale will be made without relief from valuation or appraisement laws and the property shall be sold as an entirety. The United States Marshal will accept and seek court confirmation of the highest bid offered for this property. The successful bidder must tender payment in the form of a cashier's or certified check or money order, on such terms as the Marshal directs. The purchaser shall receive a deed thereto after court confirmation of the sale, subject to the express conditions that there are no warranties of title. The interest acquired by the purchaser at said sale shall be subject to any lien of Chautauqua County, New York for real property taxes in regard to said real estate, and further subject to any lien of a municipality for sewer fees assessed against the real estate, which lien is duly and properly recorded in the recorder's office in the county in which the real estate is located prior to delivery of the deed to the purchaser.

For further particulars regarding this sale, prospective bidders are hereby referred to the order of the United States District Court in the above captioned case.

_____
Charles Salina
United States Marshal
Western District of New York